UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUSSELL F. SHEEHAN, Administrator,<br><br>Plaintiff,<br><br>v.<br><br>NETVERSANT-NEW ENGLAND, INC. and Walsh Brothers, Incorporated, Maiuri Electrical Company, Daisy Electric, Inc., and Partners Healthcare Systems, Inc.,<br><br>Defendants. | Civil Action No. 04-10559NG |

## NOTICE OF APPEARANCE

Please enter the appearance of David M. Mandel, Steven A. Kaufman, David M. Stringer and the law firm of Ropes & Gray LLP, as counsel for Defendant NetVersant-New England, Inc. in the above-captioned civil action.

NETVERSANT-NEW ENGLAND

By its attorneys,

/s/ Steven A. Kaufman_____
David M. Mandel (BBO # 317000)
Steven A. Kaufman (BBO # 262230)
David M. Stringer (BBO # 643526)
ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000

Dated: April 23, 2004

9425506_1