UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUSSELL F. SHEEHAN, Administrator,<br><br>Plaintiff,<br><br>v.<br><br>NETVERSANT-NEW ENGLAND, INC. and Walsh Brothers, Incorporated, Maiuri Electrical Company, Daisy Electric, Inc., and Partners Healthcare Systems, Inc.,<br><br>Defendants. | Civil Action No. 04-10559NG |

## CERTIFICATE OF SERVICE

I, David M. Stringer, hereby certify that on April 23, 2004, I caused to be served a true copy of: NetVersant's Opposition to the Motion for Preliminary Injunction; Affidavit of Robert Feldman; and Notice of Appearance of David M. Mandel, Steven A. Kaufman, David M. Stringer and the law firm of Ropes & Gray LLP; by delivering the same by hand to the following: David W. Healy, Esq., David W. Healy & Associates, 77 Franklin Street, Suite 805, Boston, MA, 02110 (counsel for Plaintiff); William J. Walsh, Walsh Brothers, Inc., 210 Commercial Street, Boston, MA, 02109; Paul Maiuri, President, Maiuri Electrical Company, 100 Ferncroft Road, Unit 211, Danvers, MA, 01923; Denise Herrera-Favaloro, President, Daisy Electrical, Inc., 6 Dixon Way, P.O. Box 2515, Seabrook, NH, 03874-2515; and Partners HealthCare System, Inc., Office of the General Counsel, Attn: Joan Stoddard, Esq., 50 Staniford Street, 10th Floor, Boston, MA, 02144.

                                                                                                                                                       __/s/ David M. Stringer_____
                                                                                                                                                      David M. Stringer (BBO # 643526)

Dated:  April 23, 2004

9426491_1