UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUSSELL F. SHEEHAN, as Administrator of the Local 103, I.B.E.W. Health Benefit Plan, the Electrical Workers Pension Fund, Local 103, I.B.E.W., the Electrical Workers Deferred Income Fund, Local 103, I.B.E.W., the Joint Apprenticeship and Training Trust Fund, Local 103, I.B.E.W., and the Electrical Industry Labor-Management Cooperation Trust,<br>                    Plaintiffs,<br>v.<br><br>NETVERSANT-NEW ENGLAND, INC.,<br>                    Defendant,<br>and<br><br>Walsh Brothers, Incorporated, Maiuri Electrical Company, Daisy Electric, Inc., and Partners HealthCare System, Inc.<br>          Reach and Apply Defendants. | CIVIL ACTION<br>NO. 04-10559NG |

## PLAINTIFF'S COUNSEL'S CERTIFICATE OF SERVICE

I, David W. Healey, hereby certify that on April 16, 2004 I caused to be served a copy of Plaintiff's Amended Complaint; Motion for Temporary Restraining Order/Preliminary Injunction; Memorandum in Support of Motion for Temporary Restraining Order/Preliminary Injunction; Affidavit of Russell F. Sheehan; and Proposed Order by mailing same first class mail, postage prepaid, to the following: William J. Walsh, President, Walsh Brothers, Incorporated, 210 Commercial Street, Boston, Massachusetts 02109; Paul Maiuri, President, Maiuri Electrical Company, 100 Ferncroft Road, Unit 211, Danvers, Massachusetts 01923; Denise Herrera-Favaloro, President, Daisy Electrical, Inc., 6 Dixon Way, P.O. Box 2515, Seabrook, NH 03874-2515; and President, Partners HealthCare System, Inc., 800 Boylston Street, Suite 1150, Boston,

MA 02199.

_____
David W. Healey (BBO# 548262)
DAVID W. HEALEY & ASSOCIATES
77 Franklin Street, Suite 805
Boston, MA 02110
(617) 457-3131