# UNITED STATES DISTRICT COURT

District of Massachusetts

Russell F. Sheehan, Administrator

V.

Netversant-New England, Inc. and
Walsh Brothers, Incorporated,
Maiuri Electrical Company, Daisy
Electric, Inc., and Partners
HealthCare System, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

04-10559NG

TO: (Name and address of Defendant)

Netversant-New England, Inc.
100 Franklin Street, 5th Floor
Boston, Massachusetts  02110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David W. Healey, Esquire
David W. Healey & Associates
77 Franklin Street, Suite 805
Boston, MA  02110

an answer to the complaint which is herewith served upon you, within __Twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS



3-22-04

CLERK                                DATE

(By) DEPUTY CLERK



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

April 20, 2004

I hereby certify and return that on 4/14/2004 at 11:00:00 AM I served a true and attested copy of the Summons and Amended Complaint in this action in the following manner: To wit, by delivering in hand to Anne Guange, Receptionist, agent, person in charge at the time of service for NetVersant-New England, Inc., at 5th Floor, 100 Franklin Street, c/o Robert Feldman Boston, MA 02110. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

Deputy Sheriff    John Cotter

_____
Deputy Sheriff

---

### RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date              Signature of Server

              _____
              Address of Server

AO 440 (Rev. 10/93) Summons in a Civil Action