UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RUSSELL F. SHEEHAN, Administrator, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Civil Action No. 04-10559 (NG) |
| NETVERSANT-NEW ENGLAND, INC. and Walsh Brothers, Incorporated, Maiuri Electrical Company, Daisy Electric, Inc., and Partners Healthcare Systems, Inc., | ) ) ) ) ) |
| Defendants. | ) ) |

**DEFENDANT'S ASSENTED TO MOTION FOR ENLARGEMENT
OF TIME TO FILE AND SERVE ANSWER TO THE COMPLAINT**

Defendant NetVersant-New England, Inc. (the "Defendant") hereby moves for an enlargement of time in which to file and serve its Answer to Plaintiff's Complaint in the above-captioned matter. In support of this motion, the Defendant states as follows:

1. An Answer to the Complaint in this matter is presently due to be filed on or before May 6, 2004.

2. Defendant requires additional time, until May 26, 2004 to file and serve its Answer to Plaintiff's Complaint.

3. Plaintiff's Counsel has assented to this request for additional time to file and serve Defendant's Answer to Plaintiff's Complaint.

Wherefore, Defendant respectfully requests that the Court enlarge the time in which Defendant may file and serve an Answer to Plaintiff's Complaint until May 26, 2004.

Respectfully submitted by,

NETVERSANT-NEW ENGLAND

By its attorneys,

/s/ David M. Mandel_____
David M. Mandel (BBO # 317000)
Steven A. Kaufman (BBO # 262230)
David M. Stringer (BBO # 643526)
ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000

Dated:  April 29, 2004

### CERTIFICATE OF SERVICE

I, David M. Mandel, hereby certify that on April 29, 2004, I caused to be served a true copy of: NetVersant's Assented to Motion for Enlargement of Time to File and Serve Answer to the Complaint by delivering the same by first class mail to the following:  David W. Healy, Esq., David W. Healy & Associates, 77 Franklin Street, Suite 805, Boston, MA, 02110 (counsel for Plaintiff); William J. Walsh, Walsh Brothers, Inc., 210 Commercial Street, Boston, MA, 02109; Paul Maiuri, President, Maiuri Electrical Company, 100 Ferncroft Road, Unit 211, Danvers, MA, 01923; Denise Herrera-Favaloro, President, Daisy Electrical, Inc., 6 Dixon Way, P.O. Box 2515, Seabrook, NH, 03874-2515; and Partners HealthCare System, Inc., Office of the General Counsel, Attn: Joan Stoddard, Esq., 50 Staniford Street, 10th  Floor, Boston, MA, 02144.

   /s/ David M. Mandel_____
David M. Mandel (BBO # 317000)

Dated:  April 29, 2004