UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUSSELL F. SHEEHAN, as Administrator of the Local 103, I.B.E.W. Health Benefit Plan, the Electrical Workers Pension Fund, Local 103, I.B.E.W., the Electrical Workers Deferred Income Fund, Local 103, I.B.E.W., the Joint Apprenticeship and Training Trust Fund, Local 103, I.B.E.W., and the Electrical Industry Labor-Management Cooperation Trust,<br>　　　　　　　　　Plaintiffs,<br>v.<br><br>NETVERSANT-NEW ENGLAND, INC.,<br>　　　　　　　　　Defendant,<br>and<br><br>Walsh Brothers, Incorporated, Maiuri Electrical Company, Daisy Electric, Inc., and Partners HealthCare System, Inc.<br>　　　　Reach and Apply Defendants. | CIVIL ACTION<br>NO. 04-10559NG |

**NOTICE OF HEARING**

Please be advised that a hearing will be held on Plaintiff's Motion for Preliminary Injunction, filed in the above-captioned matter, on June 8, 2004 at 3:30 pm in Courtroom 2, 3rd Floor, John Joseph Moakley Courthouse, U.S. District Court for the District of Massachusetts, 1 Courthouse Way, Boston, Massachusetts, before the Honorable Nancy Gertner.

        RUSSELL F. SHEEHAN, as Administrator of the Local 103, I.B.E.W. Health Benefit Plan, the Electrical Workers Pension Fund, Local 103, I.B.E.W., the Electrical Workers Deferred Income Fund, Local 103, I.B.E.W., the Joint Apprenticeship and Training Trust Fund, Local 103, I.B.E.W., and the Electrical Industry Labor-Management Cooperation Trust,

        By their attorney,

        s/David W. Healey
        David W. Healey (BBO# 548262)
        DAVID W. HEALEY & ASSOCIATES
        77 Franklin Street, Suite 805
        Boston, MA  02110
        (617) 457-3131

## CERTIFICATE OF SERVICE

    I, David W. Healey, hereby certify that on May 17, 2004 I caused to be served a copy of this instrument by mailing same first class mail, postage prepaid, to the following: David M. Mandel and Stephen A. Kaufman, Ropes and Gray, One International Place, Boston, MA  02110 (Attorney for NetVersant-New England, Inc.); Paul Maiuri, President, Maiuri Electrical Company, 100 Ferncroft Road, Unit 211, Danvers, Massachusetts  01923; Denise Herrera-Favaloro, President, Daisy Electrical, Inc., 6 Dixon Way, P.O. Box 2515, Seabrook, NH  03874-2515; and President, Partners HealthCare System, Inc., 800 Boylston Street, Suite 1150, Boston, MA  02199.

        s/David W. Healey
        David W. Healey