AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Russell F. Sheehan

V.

Netversant-New England, Inc., et. al.

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

04-10559 NG

TO: (Name and address of Defendant)

Partners HealthCare System, Inc.
800 Boylston Street, Suite 1150
Boston, MA 02199

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David W. Healey, Esquire
David W. Healey & Associates
77 Franklin Street, Suite 805
Boston, MA 02110

an answer to the complaint which is served on you with this summons, within Twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

4-12-04

DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

---

Suffolk County Sheriff's Department • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

Suffolk, ss.

May 17, 2004

I hereby certify and return that on 4/26/2004 at 9:30:00 AM I served a true and attested copy of the Summons and Amended Complaint in this action in the following manner: To wit, by delivering in hand to M.McMahon,Attorney, agent, person in charge at the time of service for Partners Healthcare System, Inc., at , 50 Staniford Street, Suite 1150 Boston, MA. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

Deputy Sheriff Edward J. Tobin

Deputy Sheriff

6YC9383

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me[1] | DATE

NAME OF SERVER (PRINT) | TITLE

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______ Date ______ *Signature of Server*

*Address of Server*