# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

RUSSELL F. SHEEHAN

## SUMMONS IN A CIVIL CASE

V.

NETVERSANT-NEW ENGLAND, INC.

and

Walsh Brothers, Incorporated,
Maiuri Electrical Company,
Daisy Electric, Inc., and
Partners HealthCare Systems, Inc.

CASE NUMBER:

**04-10559 NG**

TO: (Name and address of Defendant)

Maiuri Electrical Company
100 Ferncroft Road, Unit 211
Danvers, Massachusetts

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David W. Healey
David W. Healey & Associates
77 Franklin Street, Suite 805
Boston, MA  02110

an answer to the complaint which is served on you with this summons, within **Twenty (20)** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

4-12-04

(By) DEPUTY CLERK    DATE

---

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | |
| NAME OF SERVER (PRINT) | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

TRAVEL

**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

Essex, ss.

May 25, 2004

I hereby certify and return that on 5/21/2004 at 09:00 am I served a true and attested copy of the summons and complaint, exhibits in this action in the following manner: To wit, by delivering in hand to Paul Maiuri, agent, person in charge at the time of service for Maiuri Electrical Company, 100 Ferncroft Road, Unit 211, Danvers, MA. Basic Service Fee ($30.00), Conveyance ($1.50), Travel ($9.60), Postage and Handling ($1.00), Copies ($5.00) Total Charges $47.10

Deputy Sheriff Chester Kozlosky    Deputy Sheriff

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.