Russell F Sheehan v Netversant-NE Inc

Plaintiff / Defendant                Case number  04-10559 NG

I **Robert P Savoie** being duly sworn, deposed and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the State where service was effected, I was authorized by law to perform said service.

Service: I served **Daisy Electric, Inc** ~~Name of person~~/entity being served

With (list documents) **Summons in a Civil Case**

by leaving with **Denise Favaloro President** — **in Hand** at ___
          Name                             Relationship

Residence ___

Business **XX # 6 Dixon Way Seabrook NH**

On **5/20/04** at **10:15 am**
   Date              Time

Thereafter copies of the documents were mailed be prepaid, first class mail on ___
                                                                         Date

From ___
   City        State        zip

**Manner of service:**

**Personal:** By personally delivering copies to the person being served.

**Substitute at residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of ___ and explaining the general nature of the papers.

**Substitute at business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.

**Posting:** by posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non service:** After due search, careful inquiry and diligent attempts at the addresses listed above, I have been unable to effect upon the person/entity being served because of the following reasons.

Unknown at address    Moved left no forwarding    Service cancelled by litigant    Unable to serve in a timely fashion    Address does not exist    Other

Service Attempts: Service was attempted on: (1)___ (2)___
(3)___ (4)___

Description: Age **45** Sex **F** Race **W** Height **5'5** Weight **180 lb** Hair **brn** Glasses ___

*Robert P Savoie*
Signature of Process Server

Subscribed and sworn by me this **20TH** day of **MAY** 200**4**

*Theresa A Savoie*
Notary/ Justice of the Peace

THERESA A. SAVOIE, Notary Public