AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Massachusetts__

Russell F. Sheehan

**SUMMONS IN A CIVIL CASE**

V.

Netversant-New England, Inc. et al.     CASE NUMBER:

# 04-10559 NG

TO: (Name and address of Defendant)

Walsh Brothers, Incorporated
210 Commercial Street
Boston, MA  02109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David W. Healey, Esquire
David W. Healey & Associates
77 Franklin STreet, Suite 805
Boston, MA  02110

an answer to the complaint which is served on you with this summons, within ___Twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

_____     DATE   4-12-04

(By) DEPUTY CLERK

---

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
           Date                Signature of Server

_____
Address of Server



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA  02108 • (617) 989-6999

*Suffolk, ss.*

May 17, 2004
I hereby certify and return that on 4/27/2004 at 9:40:00 AM I served a true and attested copy of the Summons and Amended Complaint in this action in the following manner: To wit, by delivering in hand to Marie Pellitier, agent, person in charge at the time of service for Walsh Brothers, Inc., at   210 Commercial St.,   Boston, MA. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

Deputy Sheriff   Robert Foscaldo

Deputy Sheriff