# ANTHONY CIPRIANI

### ATTORNEY AT LAW

THIRD FLOOR

63 ATLANTIC AVENUE

BOSTON, MASSACHUSETTS 02110

TELEPHONE: (617) 720-4601

FAX: (617) 723-4424

June 4, 2004

Honorable Judge Nancy Gertner
United States District Court
Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

RE: Russell F. Sheehan, (Plaintiff) v. NetVersant-New England, Inc., (Defendant),
Walsh Brothers, Inc., Maiuri Electrical Corp., Daisy Electric, Inc., And Partner
Health Care Systems, Inc., (Reach and Apply Defendants),
Civil Action No. 04-10559 NG

Dear Judge Gertner:

I represent Maiuri Electrical Corp., one of the "Reach and Apply" defendants in the above action, and write with regard to the attached Notice. I do not have electronic mail or internet access in my office and am unable to enroll in Electronic Case Filing. I therefore request a waiver of the Electronic Case Filing requirement.

I anticipate my involvement in this action, particularly with regard to document filing should be limited, as my client is not a primary defendant, but rather a "reach and apply" defendant, i.e., a stake-holder. In fact, depending upon the outcome of the plaintiff's requests for injunctive relief scheduled for hearing on June 8, 2004, if the relief sought to enjoin my client from paying monies due the primary defendant (NetVersant) is not allowed, there would be no reason for my client to continue to even be a party to this action, in which event it would be subject to being dismissed altogether.

I appreciate your consideration of this request.

Respectfully,

Anthony Cipriani

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS
John Joseph Moakley United States Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

**Judge Nancy Gertner's Session**

## NOTICE

Please be advised that Electronic Case Filing is mandatory in Judge Gertner's session as of

February 2, 2004.  For information as to how to enroll, check the Court's web site at

http://www.mad.uscourts.gov/CaseInfo/CM_ECF.htm.  If counsel is unable to enroll in Electronic

Case filing, he or she is to seek a waiver by letter to the Court.

s/Maryellen Molloy
Deputy Clerk