UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUSSELL F. SHEEHAN, Administrator,<br><br>    Plaintiff,<br><br> v.<br><br>NETVERSANT-NEW ENGLAND, INC. and Walsh Brothers, Incorporated, Maiuri Electrical Company, Daisy Electric, Inc., and Partners Healthcare Systems, Inc.,<br><br>    Defendants. | Civil Action No. 04-10559NG |

## NOTICE OF WITHDRAWAL

Please enter the withdrawal of the individual appearance of the undersigned, David M. Stringer, Esq., as counsel for Defendant NetVersant-New England, Inc. in the above-captioned matter. Ropes & Gray LLP will continue to represent NetVersant-New England, and the appearances of Steven A. Kaufman, Esq. and David M. Mandel, Esq. of Ropes & Gray LLP have previously been entered in this case.

                Respectfully submitted,


                /s/ David M. Stringer
                David M. Stringer (BBO # 643526)
                ROPES & GRAY LLP
                One International Place
                Boston, Massachusetts 02110-2624
                (617) 951-7000

Dated: June 17, 2004

9468924_1

-2-

## CERTIFICATE OF SERVICE

      I, David M. Stringer, hereby certify that on June 17, 2004, I caused to be served a true copy of the above document (Notice of Withdrawal for David M. Stringer, Esq.) by delivering the same by First Class Mail, postage prepaid, to the following:  David W. Healy, Esq., David W. Healy & Associates, 77 Franklin Street, Suite 805, Boston, MA, 02110 (counsel for Plaintiff); William J. Walsh, Walsh Brothers, Inc., 210 Commercial Street, Boston, MA, 02109; Paul Maiuri, President, Maiuri Electrical Company, 100 Ferncroft Road, Unit 211, Danvers, MA, 01923; Denise Herrera-Favaloro, President, Daisy Electrical, Inc., 6 Dixon Way, P.O. Box 2515, Seabrook, NH, 03874-2515; and Partners HealthCare System, Inc., Office of the General Counsel, Attn: Joan Stoddard, Esq., 50 Staniford Street, 10th Floor, Boston, MA, 02144.

                                                  /s/ David M. Stringer_____
                                                  David M. Stringer (BBO # 643526)

Dated:  June 17, 2004