UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
RUSSELL F. SHEEHAN, as Administrator of the )
Local 103, I.B.E.W. Health Benefit Plan, the ) CIVIL ACTION
Electrical Workers Pension Fund, Local 103, ) NO. 04-10559NG
I.B.E.W., the Electrical Workers Deferred Income )
Fund, Local 103, I.B.E.W., the Joint )
Apprenticeship and Training Trust Fund, Local )
103, I.B.E.W., and the Electrical Industry Labor- )
Management Cooperation Trust, )
                      Plaintiffs, )
v. )
                                    )
NETVERSANT-NEW ENGLAND, INC., )
                      Defendant, )
and )
                                    )
Walsh Brothers, Incorporated, Maiuri Electrical )
Company, Daisy Electric, Inc., and Partners )
HealthCare System, Inc. )
              Reach and Apply Defendants. )
_____)

PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS
TO DEFENDANT NETVERSANT-NEW ENGLAND, INC.

      Pursuant to Federal Rule of Civil Procedure 34, Plaintiff submits the following request for production of documents to Defendant Netversant-New England, Inc. to be produced within ten (10) days of the date of the Court's Order allowing Plaintiff's Motion for Expedited Discovery or such other time period as may be ordered by the Court. This request for production shall be deemed to be continuing to the extent permitted by Rule 26(e) of the Federal Rules of Civil Procedure.

DEFINITIONS

      "Covered Area" means the following Massachusetts cities or towns: Acton, Amesbury, Andover, Arlington, Bedford, Bellingham, Belmont, Beverly, Billerica, Boston, Boxborough, Boxford, Braintree, Brookline, Burlington, Cambridge, Canton, Carlisle, Chelmsford, Chelsea, Cohasset, Concord, Danvers, Dedham, Dover, Dracut, Dunstable, Essex, Everett, Foxborough, Framingham, Franklin, Georgetown, Gloucester, Groveland, Hamilton, Haverill, Hingham, Holliston, Hull, Ipswich, Lawrence, Lexington, Lincoln, Littleton, Lowell, Lynn, Lynnfield, Malden, Manchester, Marblehead, Maynard, Medfield, Medford, Medway, Melrose, Merrimac, Methuen, Middleton, Millis, Milton, Nahant, Natick, Needham, Newbury, Newburyport, Newton, Norfolk,

North Andover, North Reading, Norwood, Peabody, Quincy, Reading, Revere, Rowley, Rockport, Salem, Salisbury, Saugus, Sharon, Sherborn, Somerville, Stoneham, Sudbury, Swamscott, Tewksbury, Topsfield, Tyngsboro, Wakefield, Walpole, Waltham, Watertown, Wayland, Wellesley, Wenham, West Newbury, Westford, Weston, Westwood, Weymouth, Wilmington, Winchester, Winthrop, Woburn, and Wrenthem.  In addition to the above, "Covered Area" shall also include island or harbor work that falls within the territorial jurisdiction of Local 103, I.B.E.W.

"Defendant" shall mean Jemd Com, Inc. , JCI Communcations, Inc. and/or Netversant-New England, Inc.

"Employee" shall mean and include any past or present employee of Jemd Com, Inc. , JCI Communcations, Inc. and/or Netversant-New England, Inc., and irrespective of whether such employee is a union employee or not, or whether or not such employee is a member of Local 103, I.B.E.W., Local 2222 IBEW or any other local union.

"Scope of Work" means the performance of the following tasks and jobs in the Covered Area and which is inherently power limited as defined by the National and State Electrical Code: All inside and outside plant installation, operation, inspection, maintenance repair and service of radio, television, video, recording voice, sound, nurse calls, emergency call, microwave and visual production and reproduction apparatus, equipment and appliances used for domestic commercial, educational and entertainment purposes; all installation and erection of equipment, apparatus or appliance, cables, fiber optics and/or wire, emergency power (batteries) and all directly related work, which becomes an integral part of the telecommunication and/or telecommunication related systems repair and service maintenance work of telecommunication systems and devices, including, but not limited to, Private Branch Exchanges (PBX-PABX), Key equipment and associated devices, PCM, T1, and/or telephone related systems, customer-owned or employer-owned. The repair, maintenance and operation of fire alarm systems.  The installation, repair, maintenance and operation of holdup alarm, burglar alarm surveillance systems, CCTV, CATV, card access, Systems RS 232 ethernet and/or any local area network systems associated with computer installation.

DOCUMENTS REQUESTED

1. Any monthly trust fund payroll reports prepared by Defendant but not filed with the Plaintiff as to any Employee that performed tasks or jobs within the Scope of Work for any months on or after October, 1998.

2. Any surety bonds, including and performance or labor and materials payment bonds, in effect on any of the projects or contracts on which Employees performed tasks or jobs within the Scope of Work on or after February 4, 2002.

3. Any contracts between Defendant and any other person, association or entity under which Employees have or will perform tasks or jobs within the Scope of Work and under which any amounts are owed or will become owed to Defendant.

Dated at Boston, Massachusetts this 20th day of June, 2004.

        RUSSELL F. SHEEHAN, as Administrator of the Local 103, I.B.E.W. Health Benefit Plan, the Electrical Workers Pension Fund, Local 103, I.B.E.W., the Electrical Workers Deferred Income Fund, Local 103, I.B.E.W., the Joint Apprenticeship and Training Trust Fund, Local 103, I.B.E.W., and the Electrical Industry Labor-Management Cooperation Trust,

        By their attorney,

        /s/ David W. Healey
        David W. Healey (BBO# 548262)
        DAVID W. HEALEY & ASSOCIATES
        77 Franklin Street, Suite 805
        Boston, MA 02110
        (617) 457-3131

## CERTIFICATE OF SERVICE

I, David W. Healey, hereby certify that on June 21, 2004 I caused to be served a copy of this instrument by mailing same first class mail, postage prepaid, to Stephen A. Kaufman and David M. Mandel, Ropes and Gray, One International Place, Boston, MA 02110.

        /s/ David W. Healey
        David W. Healey