UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
)
RUSSELL F. SHEEHAN, as Administrator of the )
Local 103, I.B.E.W. Health Benefit Plan, the ) CIVIL ACTION
Electrical Workers Pension Fund, Local 103, ) NO. 04-10559NG
I.B.E.W., the Electrical Workers Deferred Income )
Fund, Local 103, I.B.E.W., the Joint )
Apprenticeship and Training Trust Fund, Local )
103, I.B.E.W., and the Electrical Industry Labor- )
Management Cooperation Trust, )
      Plaintiffs, )
v. )
)
NETVERSANT-NEW ENGLAND, INC., )
      Defendant, )
and )
)
Walsh Brothers, Incorporated, Maiuri Electrical )
Company, Daisy Electric, Inc., and Partners )
HealthCare System, Inc. )
   Reach and Apply Defendants. )
_____)

**MOTION FOR AN ORDER OF ATTACHMENT BY TRUSTEE PROCESS**

  The Plaintiff, Russell F. Sheehan, moves this Court, pursuant to Rule 64 of the Federal Rules of Civil Procedure, Massachusetts G.L. c. 246 and Rule 4.2 of the Massachusetts Rules of Civil Procedure for an Order of Attachment By Trustee Process of all monies or other thing due (whether or not now payable) by Maiuri Electrical Company and Defendant Partners HealthCare System, Inc. to the value of $1,392,278, representing the minimum amount payable under the judgment referenced in the Amended Complaint based upon Defendant Netversant-New England, Inc.'s own statement of under-reported hours. In support thereof, Plaintiff states that there is a substantial likelihood that (1) the Plaintiff will recover judgment, including unpaid contributions, interest, costs and attorneys' fees, in an amount equal to or greater than the amount

of the attachment and (2) that on information and belief, no liability insurance is available to satisfy the judgment.

In support of this Motion, Plaintiff relies on a Memorandum of Law submitted herewith and the Affidavit of Russell F. Sheehan and other pleadings on file in this case.

Respectfully submitted,

RUSSELL F. SHEEHAN, as Administrator of the Local 103, I.B.E.W. Health Benefit Plan, the Electrical Workers Pension Fund, Local 103, I.B.E.W., the Electrical Workers Deferred Income Fund, Local 103, I.B.E.W., the Joint Apprenticeship and Training Trust Fund, Local 103, I.B.E.W., and the Electrical Industry Labor-Management Cooperation Trust,

By his attorney,

/s/David W. Healey
David W. Healey (BBO# 548262)
DAVID W. HEALEY & ASSOCIATES
77 Franklin Street, Suite 805
Boston, MA  02110
(617) 457-3131

CERTIFICATE OF SERVICE

I, David W. Healey, hereby certify that on June 28, 2004 I caused to be served a copy of this instrument by mailing same first class mail, postage prepaid, to the following: David M. Mandel and Stephen A. Kaufman, Ropes and Gray, One International Place, Boston, MA  02110; Paul Maiuri, President, Maiuri Electrical Company, 100 Ferncroft Road, Unit 211, Danvers, Massachusetts  01923; and President, Partners HealthCare System, Inc., 50 Staniford Street, Suite 1000, Boston, MA  02114.

/s/David W. Healey
David W. Healey