**NetVersant**
*network solutions for an e-world*

January 9, 2004

David W. Healy, Esq.
David W. Healy & Associates
77 Franklin Street, Suite 805
Boston, MA 02110

Re:  NetVersant-New England, Inc.
     Electrical Workers Pension Fund, Local 103, I.B.E.W.
     Electrical Workers Deferred Income Fund, Local 103, I.B.E.W.
     Local 103, I.B.E.W. Health Benefit Plan
     Joint Apprenticeship and Training Trust Fund, Local 103, I.B.E.W.
     Electrical Industry Labor-Management Cooperation Trust Fund ("LMCT")

Dear Mr. Healy:

As a follow up to our meeting of December 12, 2003, please find below the total number of hours worked by Local 2222 technicians for the period November 1, 1998 through December 6, 2003.

|                | Regular Hours | Overtime Hours | Total Hours |
|----------------|---------------|----------------|-------------|
| 11/1/98-12/6/03 | 132,851      | 13,451         | 146,302     |

If you have any questions, please feel free to contact me.

Sincerely,

Robert N. Feldman
President


cc:    M. Monahan