UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
)
RUSSELL F. SHEEHAN, as Administrator of the )
Local 103, I.B.E.W. Health Benefit Plan, the ) CIVIL ACTION
Electrical Workers Pension Fund, Local 103, ) NO. 04-10559NG
I.B.E.W., the Electrical Workers Deferred Income )
Fund, Local 103, I.B.E.W., the Joint )
Apprenticeship and Training Trust Fund, Local )
103, I.B.E.W., and the Electrical Industry Labor- )
Management Cooperation Trust, )
                        Plaintiffs, )
v. )
)
NETVERSANT-NEW ENGLAND, INC., )
                        Defendant, )
and )
)
Walsh Brothers, Incorporated, Maiuri Electrical )
Company, Daisy Electric, Inc., and Partners )
HealthCare System, Inc. )
        Reach and Apply Defendants. )
_____)

**FINDING AND ORDER OF ATTACHMENT BY TRUSTEE PROCESS**

Upon consideration of Plaintiff's Motion for an Order of Attachment by Trustee Process, the Memorandum and Affidavit in support thereof, this Court hereby finds that Plaintiff is likely to recover judgment, including interest and costs, in an amount equal to or greater than the amount of the trustee process approved herein over and above any liability insurance shown by the Defendant Netversant-New England, Inc. to be available to satisfy the judgment.

It is, therefore, ordered that the monies, goods or credits due Netversant-New England, Inc. by (whether or not now payable) by Maiuri Electrical Company and Partners HealthCare System, Inc. be attached in the amount of $1,392,278, subject to all applicable exemptions and

limitations provided by law.


Dated: _____          _____
                                               Honorable Nancy Gertner
                                               United States District Judge