UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RUSSELL F. SHEEHAN, Administrator, <br><br> Plaintiff, <br><br> v. <br><br> NETVERSANT-NEW ENGLAND, INC. and Walsh Brothers, Incorporated, Maiuri Electrical Company, Daisy Electric, Inc., and Partners Healthcare Systems, Inc., <br><br> Defendants. | Civil Action No. 04-10559NG |

**NETVERSANT'S PROPOSED DISCOVERY SCHEDULE**

The defendant NetVersant, having unsuccessfully attempted to reach agreement with the plaintiff on a jointly proposed discovery schedule, proposes the following schedule for discovery in accordance with the Court's order from the bench on June 14th that discovery be completed in time for a hearing on summary judgment on September 1st.

*Plaintiff's Written Discovery of NetVersant:* Plaintiff's interrogatories and document requests were appended to his Motion for Expedited Discovery, which was filed and served on June 20th. NetVersant responded to the motion on June 28th and with its response included reports responsive to the plaintiff's discovery requests. NetVersant in its response to the plaintiff's motion also made available to the plaintiff for audit all of its books and records relating to the plaintiff's requests that are subject to audit under the

-2-

collective bargaining agreement between NetVersant and local 103 of the IBEW and the rules and procedures of the Local 103 Funds.

.        ***NetVersant's Written Discovery of the Plaintiff:***  NetVersant will serve its interrogatories and document requests on the plaintiff on or before July 1st.  The plaintiff will respond to those requests on or before July 15th, and he will provide with his response such of the requested information and documents as to the production of which he does not object.

***Depositions:***  The plaintiff and NetVersant will make available for depositions during the period of July 18th through July 30th those officers, directors, trustees, employees and other persons of whose depositions the other party provides notice. NetVersant consents to depositions in Boston of its officers, directors, employees and other agents.  The plaintiff agrees to produce for deposition those trustees, employees and other agents of the entities on whose behalf he has brought this action.  Each party is limited to 5 depositions, each of seven hours' duration, with each 30(b)(6) deposition counting as one or more depending upon the unity or diversity of the topics listed in the notice of deposition.

***Moving Papers for Summary Judgment:***  The plaintiff will file on or before August 16th all of his moving papers on summary judgment, including Rule 56.1 statements, supporting affidavits, declarations, deposition excerpts and the like.

-3-

***Opposing Papers for Summary Judgment:***  NetVersant will file on or before

August 31st all of its papers in opposition to summary judgment, including Rule 56.1

statements, opposing memoranda, and opposing affidavits, declarations, deposition

excerpts and the like.

Respectfully Submitted,
By its attorneys,


NetVersant-New England, Inc.
By:

/s/ Steven A. Kaufman
Steven A. Kaufman (BBO# 262230)
Ropes & Gray
One International Place
Boston MA 02110
(617) 951-7000

Dated:  June 28, 2004