UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RUSSELL F. SHEEHAN, Administrator,

Plaintiff,

v.

NETVERSANT-NEW ENGLAND, INC.
and Walsh Brothers, Incorporated, Maiuri
Electrical Company, Daisy Electric, Inc.,
and Partners Healthcare Systems, Inc.,

Defendants.

Civil Action No. 04-10559NG

**NETVERSANT'S RESPONSE TO PLAINTIFF'S
MOTION FOR EXPEDITED DISCOVERY**

Defendant NetVersant-Net England, Inc. ("NetVersant" or the "Company") consents to produce, and produces herewith, reports of hours worked from February 4, 2002 through June 11, 2004 by Local 2222 employees of the Company within the geographical coverage of Local 103 and within the scope of work defined by the collective bargaining agreement between Local 103 and NetVersant as in effect during the period October 1998 to date. The reports identify the names of Local 2222 employees of the Company, the names of project(s) worked on, the project type, and the total project hours worked. The reports include worked hours only and exclude days not worked, including vacation days, sick days, personal days, holidays, and training.

NetVersant objects to the Plaintiff's Motion for Expedited Discovery to the extent the motion requests the production of information and documents beyond the information contained in the accompanying reports, which objection is based on the reason that the additional information and documents requested are neither necessary nor appropriate to enable the plaintiff

to formulate summary judgment papers within the time ordered by the court, which alone was the ground on which expedited discovery was to be sought, and on the additional reason that NetVersant does not maintain information or documents in the form requested by the plaintiff's discovery requests and preparation of the same would be unduly burdensome and out of proportion to the needs of the case. NetVersant will make available to the plaintiff for audit those of its business records that contain information concerning projects, payrolls and similar information within the scope of the audit rights conferred on the plaintiff by the collective bargaining agreement between Local 103 and NetVersant as in effect during the period October 1998 to date, and the rules and procedures of the Local 103 Funds.

NetVersant's position with respect to Plaintiff's Motion for Expedited Discovery is presented in further detail in its responses to Plaintiff's First Set of Interrogatories and First Request for Production of Documents, which are being served separately.

## CONCLUSION

Plaintiff's Motion for Expedited Discovery ought to be allowed to the extent indicated in the foregoing, and to no further extent.


By its attorneys,


NetVersant-New England, Inc.

/s/ Steven A. Kaufman
Steven A. Kaufman (BBO# 262230)
Ropes & Gray
One International Place
Boston MA 02110
(617) 951-7000

Dated: June 28, 2004