AGREEMENT

Agreement is made this 2nd day of October, 1998, by and between the International Brotherhood of Electrical Workers Local 103 ("Local 103"), the International Brotherhood of Electrical Workers Local 2222 ("Local 2222") and JCI Communications, Inc., ("JCI") (collectively, "the Parties") as follows:

WHEREAS, the Parties acknowledge that jurisdictional issues exist between Local 103 and Local 2222 regarding telecommunications projects performed within their jurisdictions; and

WHEREAS, Local 103 and Local 2222 each have legitimate claims to portions of the work on those projects;

NOW THEREFORE, in order to settle any differences between Local 103 and Local 2222 with respect to telecommunications work to be performed within their jurisdictions and to return order to the organized Telecommunications sector, it is hereby agreed as follows:

(1) JCI will utilize their personnel for installations of more than 100 stations. If the pool has been depleted, then contiguous IBEW Local Unions shall provide qualified personnel having the prerequisite skill and experience necessary to fit labor needs.

(2) JCI reserves the right to run its business and to assign personnel to installations where their experience and skill sets are best utilized. JCI shall be added as a party to all Building and Trade Agreements, Project Labor Agreements and other agreements pertaining to the business requirements of Local 103, Local 2222 and/or other contiguous IBEW Local Unions.

(3) Units represented by both Local 103 and Local 2222 shall be authorized to install and maintain voice/data and/or fiber optic cabling projects of up to 100 stations.

(4) Voice/Data and/or fiber optic cabling installations of more than 100 stations awarded to JCI shall be wired by JCI's existing employees. In the event that JCI should require manpower in addition to JCI's existing employees, JCI shall utilize Local 103 low voltage (telecommunications) specialists.

(5) JCI shall utilize Local 103 (electrical) on low voltage (telecommunications) installations in an effort to broaden the low voltage wiring pool. Wage considerations will follow maximum grades of the low voltage standard.

(6) JCI's existing Local 2222 telephone/data technicians will remain members of Local 2222 and JCI shall not be required to transfer any of its existing Local 2222 employees to Local 103. JCI is mandated to transfer all cable installers hired after October 1, 1997 to Local 103 effective as of close of business on October 3, 1998. Any new Technical Specialists hired by JCI will continue to be referred by Local 2222 or Local 103.

(7) All work bid prior to the execution of this Agreement shall be performed under the terms and conditions so bid.

(8) All telecommunications employers will compete on an equal basis according to agreed upon industry standards for wage and benefit treatment.

(9) JCI and any signatory employer to the District Agreement will be allowed to bring as many members as is needed when a local union cannot supply qualified telecommunications personnel.

IN WITNESS WHEREOF, the Parties hereto have caused this Agreement to be signed by a duly authorized representative and represent that their respective parties shall be legally bound by the terms and conditions of this Agreement.

_____
Local Union 103, I.B.E.W.


_____
Local Union 2222, I.B.E.W.

_____
JCI Communications, Inc.

_____
Frank J. Carroll, Int'l Vice President
I.B.E.W./2nd District

000139