UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                                )
RUSSELL F. SHEEHAN, as Administrator of the )
Local 103, I.B.E.W. Health Benefit Plan, the      )         CIVIL ACTION
Electrical Workers Pension Fund, Local 103,      )         NO. 04-10559-NMG
I.B.E.W., the Electrical Workers Deferred Income )
Fund, Local 103, I.B.E.W., the Joint                   )
Apprenticeship and Training Trust Fund, Local  )
103, I.B.E.W., and the Electrical Industry Labor- )
Management Cooperation Trust,                       )
                                    Plaintiffs,            )
v.                                                                 )
                                                                )
NETVERSANT-NEW ENGLAND, INC.,           )
                                    Defendant,          )
and                                                              )
                                                                )
Walsh Brothers, Incorporated, Maiuri Electrical )
Company, Daisy Electric, Inc., and Partners     )
HealthCare System, Inc.                                )
           Reach and Apply Defendants.           )
_____)

## PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Pursuant to LR 7.1 and Rule 15 of the Federal Rules of Civil Procedure, Plaintiff Russell F. Sheehan (the "Administrator") moves for leave file a Second Amended Complaint in the form appended hereto as an Exhibit. The proposed Second Amended Complaint would add two new Counts under the Racketeer-Influenced and Corrupt Organizations Act against the parent company of Defendant NetVersant-New England, Inc.— NetVersant Solutions, Inc.— and some of its officers, as well as an alter ego Count against the parent company. It would also drop Walsh Brothers, Incorporated as a reach and apply defendant.

As grounds for the proposed amendment, the Administrator relies on the proposed Second Amended Complaint appended as an Exhibit to this Motion and the separately filed

Memorandum of law in support of the Motion.

## REQUEST FOR ORAL ARGUMENT

Pursuant to LR 7.1(d), the Plaintiff requests a hearing as such hearing will aid the Court in consideration of his Motion.

## CERTIFICATION PURSUANT TO L.R. 15.1(b)

Pursuant to L.R. 15.1(b), Plaintiff has served in advance upon each of the proposed defendants a copy of this Motion and the appended proposed Second Amended Complaint by mailing same, first class mail, to these proposed defendants in accordance with L.R. 15.1(b).

Respectfully submitted,

RUSSELL F. SHEEHAN, as Administrator of the Local 103, I.B.E.W. Health Benefit Plan, the Electrical Workers Pension Fund, Local 103, I.B.E.W., the Electrical Workers Deferred Income Fund, Local 103, I.B.E.W., the Joint Apprenticeship and Training Trust Fund, Local 103, I.B.E.W., and the Electrical Industry Labor-Management Cooperation Trust,

By his attorney,

/s/David W. Healey
David W. Healey (BBO# 548262)
DAVID W. HEALEY & ASSOCIATES
77 Franklin Street, Suite 805
Boston, MA  02110
(617) 457-3131