UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUSSELL F. SHEEHAN, Administrator, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| NETVERSANT-NEW ENGLAND, INC., ) | Civil Action No. 04-10559NMG |
| and Walsh Brothers, Incorporated, Maiuri ) | |
| Electrical Company, Daisy Electric, Inc., ) | |
| And Partners Healthcare Systems, Inc., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| and ) | |
| ) | |
| NETVERSANT-NEW EANGLAND, INC., ) | |
| ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| INTERNATIONAL BROTHERHOOD OF ) | |
| ELECTRICAL WORKERS, AFL-CIO- ) | |
| CLC, LOCAL UNION 103 OF THE ) | |
| INTERNATIONAL BROTHERHOOD OF ) | |
| ELECTRICAL WORKERS, FRANK J. ) | |
| CARROLL and PAUL WARD, ) | |
| ) | |
| Third-Party Defendants. ) | |

ASSENTED TO MOTION OF THIRD PARTY DEFENDANTS INTERNATIONAL
BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 103 AND PAUL WARD TO
CORRECT TREATMENT OF CASE AS NOT RELATED TO PRIOR FILED CASE

Third-Party Defendants International Brotherhood of Electrical Workers, Local 103

("Local 103") and Paul Ward respectfully move pursuant to Local Rule 40.1(G)(5) for a joint

- 1 -

- 2 -

decision of the Honorable Nathaniel M. Gorton and the Honorable Rya W. Zobel, to correct the treatment of the above-captioned case (hereinafter, the "second case") as not related to another earlier filed case, <u>JCI Communications d/b/a NetVersant-New England v. International Brotherhood of Electrical Workers</u>, 02-CV-10537 RWZ (hereinafter, the "first case"), and for an order transferring the second case to the Honorable Rya Zobel to further the efficient performance of the business of the court.

      All parties who have appeared in either case have assented to this motion.

      This motion is supported by the accompanying memorandum in support of the motion.

> Respectfully submitted,
>
> INTERNATIONAL BROTHERHOOD OF
> ELECTRICAL WORKERS, LOCAL 103
> and PAUL WARD
>
> By their attorneys,
>
>   /s/ Indira Talwani_____
> Ira Sills, Esq. BBO #462220
> Indira Talwani, Esq. BBO #645577
> **SEGAL, ROITMAN & COLEMAN**
> 11 Beacon Street, Suite 500
> Boston, MA 02108
> (617) 742-0208

Dated:  December 2, 2004

### CERTIFICATE UNDER LOCAL RULE 7.1(A)(2)

      I hereby certify that I conferred with Plaintiffs' counsel, David W. Healey, and with Defendant and Third-Party Plaintiffs' counsel, Steven A. Kaufman, and that both assented to this motion.

>   /s/  Indira Talwani_____
> Indira Talwani