UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUSSELL F. SHEEHAN, Administrator, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 04-10559-NMG |
| | ) |
| NETVERSANT-NEW ENGLAND, INC. and Walsh Brothers, Incorporated, Maiuri Electrical Company, Daisy Electric, Inc. and Partners Healthcare Systems, Inc., | ) ) ) ) |
| Defendants. | ) |
| and | ) |
| | ) |
| NETVERSANT-NEW ENGLAND, INC., | ) |
| Third Party Plaintiff, | ) |
| v. | ) |
| | ) |
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL-CIO, LOCAL UNION 103 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, FRANK J. CARROLL AND PAUL WARD, | ) ) ) ) ) ) |
| | ) |
| Third-Party Defendants. | ) |
| | ) |

UNOPPOSED MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Pursuant to Rule 83.5.3(b) of the Rules of this Court, third-party defendants International Brotherhood of Electrical Workers, AFL-CIO ("IBEW") and Frank J. Carroll, hereby move for the admission *pro hac vice* of its counsel,

Jonathan D. Newman.  As grounds for its motion, the IBEW and Carroll refer the Court to the Certificate of Jonathan D. Newman, annexed hereto, and further state that they have retained as local counsel Christopher N. Souris and Krakow & Souris, LLC.

The undersigned certifies in accordance with Local Rule 7.1 that he conferred with counsel for plaintiffs and for Netversant, both of whom indicated that they do not oppose the motion.

Dated:  December 3, 2004            Respectfully submitted,

/s/ Christopher N. Souris
Christopher N. Souris
BBO #556343
Krakow & Souris, LLC
225 Friend Street
Boston, MA 02114
(617) 723-8440

CERTIFICATE OF SERVICE

I, Christopher N. Souris, hereby certify that I caused a copy of the foregoing to be sent by first class U.S. mail on this date to David W. Healey, David W. Healey & Associates, 77 Franklin Street, Suite 805, Boston, MA 02110 and David M. Mandel, Ropes & Gray, One International Place, Boston, MA 02110.

/s/ Christopher N. Souris
Christopher N. Souris