UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUSSELL F. SHEEHAN, Administrator, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-10559NMG |
| ) | |
| NETVERSANT-NEW ENGLAND, INC. ) | |
| and Walsh Brothers, Incorporated, Maiuri ) | |
| Electrical Company, Daisy Electric, Inc. ) | |
| and Partners Healthcare Systems, Inc., ) | |
|     Defendants. ) | |
| ) | |
| and ) | |
| ) | |
| NETVERSANT-NEW ENGLAND, INC., ) | |
| Third Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| INTERNATIONAL BROTHERHOOD OF ) | |
| ELECTRICAL WORKERS, AFL-CIO, ) | |
| LOCAL UNION 103 OF THE ) | |
| INTERNATIONAL BROTHERHOOD OF ) | |
| ELECTRICAL WORKERS, FRANK J. ) | |
| CARROLL AND PAUL WARD, ) | |
| Third-Party Defendants. ) | |
| ) | |

CERTIFICATE OF JONATHAN D. NEWMAN

Jonathan D. Newman hereby declares as follows:

1. I am a shareholder in the law firm of Sherman, Dunn, Cohen, Leifer &

Yellig, P.C. My office is located at 1125 15th Street, N.W., Suite 801, Washington, D.C. 20005.

2.  I submit this certificate in support of third-party defendants' International Brotherhood of Electrical Workers, AFL-CIO and Frank J. Carroll's Motion to Admit Counsel *Pro Hac Vice* in the above-captioned matter.

3.  I am a member in good standing of the Bar of the District of Columbia. I am not admitted to any other state Bar.

4.  I am admitted to both the District of Columbia Court of Appeals and the U.S. District Court for the District of Columbia.

5.  There are no pending disciplinary proceedings against me as a member of the bar in any jurisdiction.

6.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on December 1, 2004.

        s/Jonathan D. Newman

_____

Jonathan D. Newman
SHERMAN, DUNN, COHEN, LEIFER, & YELLIG, P.C.
1125 15th Street, N.W., Suite 801
Washington, D.C. 20005
(202) 785-9300

CERTIFICATE OF SERVICE

      I, Christopher N. Souris, hereby certify that I caused a copy of the foregoing to be sent by first class U.S. mail on this date to David W. Healey, David W. Healey & Associates, 77 Franklin Street, Suite 805, Boston, MA 02110 and David M. Mandel, Ropes & Gray, One International Place, Boston, MA 02110.

      /s/ Christopher N. Souris
      Christopher N. Souris