UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUSSELL F. SHEEHAN, Administrator,<br><br>Plaintiff,<br><br>v.<br><br>NETVERSANT-NEW ENGLAND, INC. and Walsh Brothers, Incorporated, Maiuri Electrical Company, Daisy Electric, Inc., and Partners HealthCare System, Inc.,<br><br>Defendants. | Civil Action No. 04-10559NMG |

## NETVERSANT-NEW ENGLAND, INC.'S ASSENTED-TO MOTION FOR LEAVE TO EXTEND TIME TO FILE AN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT

Defendant NetVersant-New England, Inc. ("Defendant" or "NetVersant") hereby seeks leave to extend the time to oppose Plaintiff Russell Sheehan's ("Plaintiff") Motion for Leave to File Second Amended Complaint to and including December 24, 2004. Plaintiff assents to this

motion.

Dated: December 6, 2004

By its attorneys,

NetVersant-New England, Inc.

/s/ Steven A. Kaufman
Steven A. Kaufman (BBO# 262230)
Ropes & Gray
One International Place
Boston MA 02110
(617) 951-7000

So Ordered:

_____

CERTIFICATE OF SERVICE

I, Steven A. Kaufman, hereby certify that on December 6, 2004, I caused to be served a true copy of the above document by U.S. Mail to the following: William J. Walsh, Walsh Brothers, Inc., 210 Commercial Street, Boston, MA, 02109; Paul Maiuri, President, Maiuri Electrical Company, 100 Ferncroft Road, Unit 211, Danvers, MA, 01923; Denise Herrera-Favaloro, President, Daisy Electrical, Inc., 6 Dixon Way, P.O. Box 2515, Seabrook, NH, 03874-2515; and Partners HealthCare System, Inc., Office of the General Counsel, Attn: Joan Stoddard, Esq., 50 Staniford Street, 10th Floor, Boston, MA, 02144.

/s/Steven A. Kaufman
Steven A. Kaufman (BBO# 262230)