UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUSSELL F. SHEEHAN, Administrator, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 04-10559NMG |
| | ) |
| NETVERSANT-NEW ENGLAND, INC. | ) |
| and Walsh Brothers, Incorporated, Maiuri | ) |
| Electrical Company, Daisy Electric, Inc. | ) |
| and Partners Healthcare Systems, Inc., | ) |
| Defendants. | ) |
| | ) |
| and | ) |
| | ) |
| NETVERSANT-NEW ENGLAND, INC., | ) |
| Third Party Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| INTERNATIONAL BROTHERHOOD OF | ) |
| ELECTRICAL WORKERS, AFL-CIO, | ) |
| LOCAL UNION 103 OF THE | ) |
| INTERNATIONAL BROTHERHOOD OF | ) |
| ELECTRICAL WORKERS, FRANK J. | ) |
| CARROLL AND PAUL WARD, | ) |
| Third-Party Defendants. | ) |

**NOTICE OF APPEARANCE**

Please take notice that Christopher N. Souris hereby enters his

appearance on behalf of defendants International Brotherhood of

Electrical Workers, AFL-CIO and Frank J. Carroll.

Dated: December 7, 2004              Respectfully submitted,


                         Christopher N. Souris

                         BBO #556343

                         KRAKOW & SOURIS, LLC

                         225 Friend Street

                         Boston, MA 02114  (617) 723-8440


                          /s/ Christopher N. Souris


### CERTIFICATE OF SERVICE

    I, Christopher N. Souris, hereby certify that I caused a copy of the foregoing to be sent by first class U.S. mail on this date to David W. Healey, David W. Healey & Associates, 77 Franklin Street, Suite 805, Boston, MA 02110, David M. Mandel, Ropes & Gray, One International Place, Boston, MA 02110 and Indira Talwani, Segal, Roitman & Coleman, 11 Beacon Street, Boston, MA 02108


                          /s/ Christopher N. Souris

                         Christopher N. Souris