UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUSSELL F. SHEEHAN, Administrator, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 04-10559NMG |
| | ) |
| NETVERSANT-NEW ENGLAND, INC. | ) |
| and Walsh Brothers, Incorporated, Maiuri | ) |
| Electrical Company, Daisy Electric, Inc. | ) |
| and Partners Healthcare Systems, Inc., | ) |
|     Defendants. | ) |
| | ) |
| and | ) |
| | ) |
| NETVERSANT-NEW ENGLAND, INC., | ) |
| Third Party Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| INTERNATIONAL BROTHERHOOD OF | ) |
| ELECTRICAL WORKERS, AFL-CIO, | ) |
| LOCAL UNION 103 OF THE | ) |
| INTERNATIONAL BROTHERHOOD OF | ) |
| ELECTRICAL WORKERS, FRANK J. | ) |
| CARROLL AND PAUL WARD, | ) |
| Third-Party Defendants. | ) |

**ASSENTED-TO MOTION TO
EXTEND TIME TO RESPOND TO COMPLAINT**

Defendants International Brotherhood of Electrical Workers, AFL-CIO and Frank J. Carroll respectfully move, with the assent of all other parties, to extend their time to answer or otherwise respond to the complaint until January 24, 2005.

The undersigned certifies pursuant to Local Rule 7.1 that counsel for all other parties in this action have given their assent to this motion.

WHEREFORE, defendants International Brotherhood of Electrical Workers, AFL-CIO and Frank J. Carroll respectfully request that the Court grant their assented-to motion to extend their time to respond to the complaint until January 24, 2005.

Dated:  December 7, 2004           Respectfully submitted,

/s/ Christopher N. Souris
Christopher N. Souris
BBO #556343
Krakow & Souris, LLC
225 Friend Street
Boston, MA 02114    (617) 723-8440

CERTIFICATE OF SERVICE

I, Christopher N. Souris, hereby certify that I caused a copy of the foregoing to be sent by first class U.S. mail on this date to David W. Healey, David W. Healey & Associates, 77 Franklin Street, Suite 805, Boston, MA 02110, David M. Mandel, Ropes & Gray, One International Place, Boston, MA 02110 and Indira Talwani, Segal, Roitman & Coleman, 11 Beacon Street, Boston, MA 02108

/s/ Christopher N. Souris
Christopher N. Souris