UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUSSELL F. SHEEHAN, Administrator, | ) |
| <u>Plaintiff,</u> | ) |
| v. | ) |
| NETVERSANT-NEW ENGLAND, INC., and Walsh Brothers, Incorporated, Maiuri Electrical Company, Daisy Electric, Inc., And Partners Healthcare Systems, Inc., | ) Civil Action No. 04-10559NMG |
| <u>Defendants</u>. | ) |
| and | ) |
| NETVERSANT-NEW EANGLAND, INC., | ) |
| <u>Third-Party Plaintiff,</u> | ) |
| v. | ) |
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL-CIO-CLC, LOCAL UNION 103 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, FRANK J. CARROLL and PAUL WARD, | ) |
| <u>Third-Party Defendants</u>. | ) |

**<u>ASSENTED-TO MOTION TO
EXTEND TIME TO RESPOND TO COMPLAINT</u>**

Defendants International Brotherhood of Electrical Workers, AFL-CIO, Local 103 and Paul Ward respectfully move, with the assent of all other parties, to extend their time to answer or otherwise respond to the complaint until January 24, 2005.

The undersigned certifies pursuant to Local Rule 7.1 that counsel for all other parties in this action have given their assent to this motion.

WHEREFORE, defendants International Brotherhood of Electrical Workers, AFL-CIO, Local 103 and Paul Ward respectfully request that the Court grant their assented-to motion to extend their time to respond to the complaint until January 24, 2005.

Dated: December 8, 2004                    Respectfully Submitted,


   /s/ Indira Talwani
Indira Talwani
BBO # 645577
SEGAL, ROITMAN & COLEMAN
11 Beacon Street, Suite 500
Boston, MA  02108
(617) 742-0208