UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUSSELL F. SHEEHAN, Administrator, | ) |
| Plaintiff, | ) |
| v. | ) |
| NETVERSANT-NEW ENGLAND, INC., and Walsh Brothers, Incorporated, Maiuri Electrical Company, Daisy Electric, Inc., And Partners Healthcare Systems, Inc., | ) Civil Action No. 04-10559NMG |
| Defendants. | ) |
| and | ) |
| NETVERSANT-NEW ENGLAND, INC., | ) |
| Third-Party Plaintiff, | ) |
| v. | ) |
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL-CIO-CLC, LOCAL UNION 103 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, FRANK J. CARROLL and PAUL WARD, | ) |
| Third-Party Defendants. | ) |

# **NOTICE OF APPEARANCE**

Please take notice that Ira Sills hereby enters his appearance on behalf of Third-Party Defendants International Brotherhood of Electrical Workers, Local 103 and Paul Ward.

Dated: December 23, 2004                Respectfully Submitted,


                                         Ira Sills, Esq., BBO #462220
                                         Indira Talwani, Esq., BBO # 645577
                                         SEGAL, ROITMAN & COLEMAN
                                         11 Beacon Street, Suite 500
                                         Boston, MA  02108
                                         (617) 742-0208


                                         _____/s/ Ira Sills_____