UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUSSELL F. SHEEHAN,<br>      Plaintiff,<br><br>v.<br><br>NETVERSANT-NEW ENGLAND, INC.,<br>      Defendant,<br>and<br><br>Walsh Brothers, Incorporated, Maiuri Electrical Company, Daisy Electric, Inc., and Partners HealthCare System, Inc.<br>      Reach and Apply Defendants. | Civil Action No. 04-10559NMG |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE REPLY TO NETVERSANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Pursuant to L.R. 7.1(b)(3), Plaintiff Russell F. Sheehan moves for leave to file a Reply Memorandum, with accompanying affadavit, to NetVersant's Opposition to Plaintiff's Motion for Leave to File Second Amended Complaint. Such Reply Memorandum will not exceed 10 pages. The Reply Memorandum would aid the Court by addressing the contentions, including factual assertions, raised by NetVersant's Opposition, as more fully set forth in the accompanying Memorandum in support filed herewith.

WHEREFORE, Plaintiff moves the Court for leave to file the Reply Memorandum with accompanying affidavit.

        Respectfully submitted,

        RUSSELL F. SHEEHAN, as Administrator,

        By his attorney,

        /s/ David W. Healey
        David W. Healey (BBO# 548262)
        DAVID W. HEALEY & ASSOCIATES
        77 Franklin Street, Suite 805
        Boston, MA  02110
        (617) 457-3131