# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

—————————————————————
)
RUSSELL F. SHEEHAN,                            )
             Plaintiff,                    )
                                           )          Civil Action No. 04-10559NMG
v.                                             )
                                           )
NETVERSANT-NEW ENGLAND, INC.,                  )
             Defendant,                    )
and                                            )
                                           )
Walsh Brothers, Incorporated, Maiuri Electrical )
Company, Daisy Electric, Inc., and Partners    )
HealthCare System, Inc.                        )
         Reach and Apply Defendants.        )
—————————————————————)

## MEMORANDUM IN SUPPORT OF PLAINTIFF'S UNOPPOSED
## MOTION FOR LEAVE TO FILE REPLY TO NETVERSANT'S OPPOSITION

        In support of Plaintiff's Unopposed Motion for Leave to File a Reply Memorandum, the

Plaintiff seeks to address the following aspects of NetVersant's Opposition to Plaintiff's Motion

for Leave to File Second Amended Complaint in a Reply Memorandum not to exceed ten pages:

        1.      The Reply would respond to NetVersant's factual assertions as to its claim that

the Second Amended Complaint fails to allege colorable RICO violations and an alter ego claim.

The Reply would address NetVersant's contention that it may illegally obtain pension credits and

encumber the Administrator's Pension and Deferred Income Funds through willful disregard of a

*final judgment* that both rejected its purported "jurisdictional agreement" as invalid and held that

it must report and pay for all employees working within the scope of work clause of the

Telecommunication Agreements.  The Reply will argue that NetVersant's Opposition side steps

and fails to address the specific allegations of the Second Amended Complaint in favor of

cloaking its ongoing criminal conduct behind its worn out and long since rejected "jurisdictional

dispute" mantra.

2.    The Reply will rebut NetVersant's erroneous argument that discovery by the victims of a scheme to defraud provides immunity to the conspirators under the mail and wire fraud statutes.

3.    The Reply will rebut NetVersant's erroneous contention that a pattern of racketeering activity has not been sufficiently alleged by the Second Amended Complaint.  The Reply will argue that the case cited by NetVersant is inapposite because the Second Amended Complaint involves *multiple* collective bargaining agreements with multiple trust funds and specific allegations that the proposed RICO defendants entered into a new *five year* agreement in order to continue to carry out the predicate act violations repeatedly and as an ongoing way of operating the business for many years to come, and that also present here are specific allegations of over thirty separate violations of a predicate act over a span of years, all factors absent from the case cited by NetVersant and factors that the court noted would have led it to a different result.  The Reply will also argue that a key component of the alleged scheme to defraud involves obtaining an illegal competitive advantage in the telecom industry over many other employers who are victims of such fraud.

4.    The Reply will rebut NetVersant's contention that the Second Amended Complaint fails to allege a colorable alter ego claim.  The Reply will argue that the Opposition ignores nearly all of the allegations of the Second Amended Complaint and that under federal common law there is a difference between normal supervision by a parent corporation of a subsidiary and complete domination and control down to control and management of its daily activities, the latter of which is what the Second Amended Complaint alleges.

CONCLUSION

For the foregoing reasons, the Administrator's motion for leave to file a Reply

Memorandum should be allowed.

Respectfully submitted,

RUSSELL F. SHEEHAN, as Administrator,

By his attorney,

/s/ David W. Healey
David W. Healey (BBO# 548262)
DAVID W. HEALEY & ASSOCIATES
77 Franklin Street, Suite 805
Boston, MA  02110
(617) 457-3131