UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUSSELL F. SHEEHAN, Administrator, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| NETVERSANT-NEW ENGLAND, INC., ) | Civil Action No. 04-10559NMG |
| and Walsh Brothers, Incorporated, Maiuri ) | |
| Electrical Company, Daisy Electric, Inc., ) | |
| And Partners Healthcare Systems, Inc., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| and ) | |
| ) | |
| NETVERSANT-NEW ENGLAND, INC., ) | |
| ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| INTERNATIONAL BROTHERHOOD OF ) | |
| ELECTRICAL WORKERS, AFL-CIO- ) | |
| CLC, LOCAL UNION 103 OF THE ) | |
| INTERNATIONAL BROTHERHOOD OF ) | |
| ELECTRICAL WORKERS, FRANK J. ) | |
| CARROLL and PAUL WARD, ) | |
| ) | |
| Third-Party Defendants. ) | |

# SECOND ASSENTED-TO MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

Defendants International Brotherhood of Electrical Workers, AFL-CIO, Local 103 and Paul Ward respectfully move, with the assent of all other parties, to extend their time to answer or otherwise respond to the complaint until February 7, 2005.

The undersigned certifies pursuant to Local Rule 7.1 that counsel for all other parties in this action have given their assent to this motion.

WHEREFORE, defendants International Brotherhood of Electrical Workers, AFL-CIO, Local 103 and Paul Ward respectfully request that the Court grant their second assented-to motion to extend their time to respond to the complaint until February 7, 2005.

Dated: January 17, 2005                         Respectfully Submitted,


  /s/ Indira Talwani
Indira Talwani
BBO # 645577
SEGAL, ROITMAN & COLEMAN
11 Beacon Street, Suite 500
Boston, MA  02108
(617) 742-0208