UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUSSELL F. SHEEHAN, Administrator, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NETVERSANT-NEW ENGLAND, INC., et al., )<br>)<br>Defendants. )<br>)<br>and )<br>)<br>NETVERSANT-NEW ENGLAND, INC., )<br>)<br>Third Party Plaintiff, )<br>)<br>v. )<br>)<br>INTERNATIONAL BROTHERHOOD OF )<br>ELECTRICAL WORKERS, AFL-CIO, et al., )<br>)<br>Third-Party Defendants. ) | Civil Action No. 04-10559NMG |

**SECOND ASSESTED-TO MOTION TO
EXTEND TIME TO RESPOND TO COMPLAINT**

Defendants International Brotherhood of Electrical Workers, AFL-CIO ("IBEW"), and Fran J. Carroll, respectfully move, with the assent of all other parties, to extend their time to answer or otherwise respond to the complaint until February 7, 2005.

The undersigned certifies pursuant to Local Rule 7.1 that counsel for all other parties in this action have given their assent to this motion.

WHEREFORE, defendants IBEW and Carroll respectfully request that the Court grant their second assented-to motion to extend their time to respond to the complaint until February 7, 2005.

Dated: January 21, 2005

        Respectfully submitted,

        s/Jonathan D. Newman
        _____

        Jonathan D. Newman
        SHERMAN, DUNN, COHEN, LEIFER & YELLIG, P.C.
        1125 Fifteenth Street, N.W., Suite 801
        Washington, D.C.  20005
        (202) 785-9300

        Christopher N. Souris (BBO # 556343)
        KRAKOW & SOURIS
        225 Friend Street, 8th Floor
        Boston, MA 02114
        (617) 723-8440

        Attorneys for the IBEW and Carroll