UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUSSELL F. SHEEHAN, Administrator, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NETVERSANT-NEW ENGLAND, INC., )<br>et al., )<br>Defendants. )<br>)<br>and )<br>)<br>NETVERSANT-NEW ENGLAND, INC., )<br>)<br>Third-Party Plaintiff, )<br>)<br>v. )<br>)<br>INTERNATIONAL BROTHERHOOD OF )<br>ELECTRICAL WORKERS, AFL-CIO- )<br>CLC, et al., )<br>)<br>Third-Party Defendants. )<br>) | Civil Action No. 04-10559NMG |

**MOTION TO DISMISS
BY DEFENDANTS LOCAL 103 OF THE INTERNATIONAL
BROTHERHOOD OF ELECTRICAL WORKERS AND PAUL WARD**

Third-Party Defendants Local 103 of the International Brotherhood of Electrical

Workers, AFL-CIO, Local 103 ("Local 103") and Paul Ward move pursuant to Federal Rules of

Civil Procedure 12(b)(1) and 12(b)(6) to dismiss the Third-Party Complaint filed by Defendant

and Third-Party Plaintiff NetVersant-New England, Inc. ("NetVersant").

- 1 -

The Third-Party Complaint fails to state a claim upon which relief may be granted because NetVersant's misrepresentation claims against Local 103 and Mr. Ward are barred under the doctrines of res judicata and non-mutual claim preclusion, and because the claim for indemnity and contribution fails because the Plaintiff in the underlying action has no tort-based claim against the Third-Party Defendants.

The Third-Party Complaint also fails to state a claim upon which relief may be granted and/or the Court lacks subject matter jurisdiction over the Third-Party Complaint because the state law claims are preempted both by section 301 of the Labor-Management Relations Act, 29 U.S.C. § 185 ("LMRA") and the National Labor Relations Act, as amended, 29 U.S.C. §§ 151 to 169 ("NLRA").

Finally, the Third-Party Complaint fails to state a claim upon which relief may be granted against Paul Ward individually because individual union officers are immune from such claims under section 301(b) of the LMRA.

Dated:  February 7, 2005              Respectfully Submitted,

                                      ___/s/ Indira Talwani_
                                      Indira Talwani
                                      BBO # 645577
                                      SEGAL, ROITMAN & COLEMAN
                                      11 Beacon Street, Suite 500
                                      Boston, MA  02108
                                      (617) 742-0208


**CERTIFICATE PURSUANT TO L.R. 7.1(A)(2)**

Pursuant to L.R. 7.1(a)(2), Counsel for Third-Party Defendants Local 103 of the International Brotherhood of Electrical Workers and Paul Ward certifies that she has conferred with Counsel for Third-Party Plaintiff NetVersant NE and has attempted in good faith to resolve or narrow the issues.

                                      ____/s/ Indira Talwani__