UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUSSELL F. SHEEHAN, Administrator, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NETVERSANT-NEW ENGLAND, INC., et al., ) <br> ) <br> Defendants. ) <br> ) <br> and ) <br> ) <br> NETVERSANT-NEW ENGLAND, INC., ) <br> ) <br> Third Party Plaintiff, ) <br> ) <br> v. ) <br> ) <br> INTERNATIONAL BROTHERHOOD OF ) <br> ELECTRICAL WORKERS, AFL-CIO, et al., ) <br> ) <br> Third-Party Defendants. ) | Civil Action No. 04-10559NMG |

### MOTION TO DISMISS ON BEHALF OF
### THIRD-PARTY DEFENDANTS INTERNATIONAL BROTHERHOOD
### OF ELECTRICAL WORKERS, AFL-CIO AND FRANK J. CARROLL

Third-Party Defendants International Brotherhood of Electrical Workers, AFL-CIO and Frank J. Carroll hereby move this Court, pursuant to Local Rule 7.1 and Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, for an order dismissing the Third-Party Complaint.

As set forth in more detail in the separately filed Memorandum of Law in support of this motion, the Third-Party Complaint should be dismissed because (1) it fails to state a claim upon which relief can be granted and/or over which the Court has subject matter jurisdiction because the claims are preempted both by section 301 of the Labor-Management Relations Act, 29

U.S.C. § 185 and the National Labor Relations Act, 29 U.S.C. §§ 151 to 169; (2) it fails to state a claim against Frank Carroll because individual union officers are immune from such claims under section 301(b) of the LMRA; (3) the claims for indemnification and contribution fail to state claims under state law; and (4) the claims for misrepresentation are barred by the doctrine of res judicata.

WHEREFORE, Third-Party Defendants International Brotherhood of Electrical Workers, AFL-CIO and Frank J. Carroll respectfully move for an order dismissing the Third-Party Complaint.

s/Jonathan D. Newman
_____
Jonathan D. Newman
SHERMAN, DUNN, COHEN, LEIFER & YELLIG, P.C.
900 Seventh St., N.W., Suite 1000
Washington, D.C. 20001
(202) 785-9300

Christopher N. Souris (BBO # 556343)
KRAKOW & SOURIS
225 Friend Street, 8th Floor
Boston, MA 02114
(617) 723-8440

Attorneys for the IBEW and Carroll

### CERTIFICATE PURSUANT TO L.R. 7.1(A)(2)

Pursuant to L.R. 7.1(a)(2), Counsel for Third-Party Defendants International Brotherhood of Electrical Workers and Frank Carroll certifies that he has conferred with counsel for the third-Party Plaintiff and has attempted to resolve or narrow the issues.

s/Jonathan D. Newman
_____