# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUSSELL F. SHEEHAN, Administrator, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NETVERSANT-NEW ENGLAND, INC., et al., )<br>)<br>Defendants. )<br>)<br>and )<br>)<br>NETVERSANT-NEW ENGLAND, INC., )<br>)<br>Third Party Plaintiff, )<br>)<br>v. )<br>)<br>INTERNATIONAL BROTHERHOOD OF )<br>ELECTRICAL WORKERS, AFL-CIO, et al., )<br>)<br>Third-Party Defendants. ) | Civil Action No. 04-10559NMG |

## NOTICE OF CHANGE OF ADDRESS

Please take notice that the address of the undersigned attorney, counsel of record for Third-Party Defendants International Brotherhood of Electrical Workers, AFL-CIO, and Frank J. Carroll, has changed. The new address is as follows:

> Jonathan D. Newman
> Sherman, Dunn, Cohen, Leifer & Yellig, P.C.
> 900 Seventh Street, N.W., Suite 1000
> Washington, D.C. 20001

The telephone number, fax number and e-mail address remain unchanged.

    s/Jonathan D. Newman
    _____

    Jonathan D. Newman
    SHERMAN, DUNN, COHEN, LEIFER & YELLIG, P.C.
    900 Seventh Street, N.W., Suite 1000
    Washington, D.C.  20001
    (202) 785-9300
    (202) 775-1950 (fax)
    newman@shermandunn.com