UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RUSSELL F. SHEEHAN, Administrator,

Plaintiff,

v.

NETVERSANT-NEW ENGLAND, INC.,
NETVERSANT SOLUTIONS, INC.,
ROBERT FELDMAN, WILLIAM
FIEDLER, RONALD HALE, JR.
AND SCOTT FORDHAM

Defendants,

and

Maiuri Electrical Company, Daisy Electric,
Inc., and Partners HealthCare System, Inc.,

Reach and Apply Defendants.

Civil Action No. 04-10559NMG

## NETVERSANT-NEW ENGLAND, INC.'S ASSENTED-TO MOTION FOR LEAVE TO EXTEND TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT

Defendant NetVersant-New England, Inc. ("Defendant" or "NetVersant") hereby seeks

leave to extend the time to file an Answer to Plaintiff Russell Sheehan's ("Plaintiff") Second

Amended Complaint to and including March 14, 2005. As reasons in support of this motion,

NetVersant states that the parties added to the second amended complaint are due to respond to

the pleading on or before March 14, 2005, and they expect to file a consolidated response in

conjunction with NetVersant.  Plaintiff assents to this motion.

Dated:  February 11, 2005

By its attorneys,


NetVersant-New England, Inc.


/s/ Steven A. Kaufman
Steven A. Kaufman (BBO# 262230)
Ropes & Gray
One International Place
Boston MA 02110
(617) 951-7000


So Ordered:

_____