UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUSSELL F. SHEEHAN, Administrator,<br><br>Plaintiff,<br><br>v.<br><br>NETVERSANT-NEW ENGLAND, INC. and Walsh Brothers, Incorporated, Maiuri Electrical Company, Daisy Electric, Inc., and Partners Healthcare Systems, Inc.,<br><br>Defendants.<br><br>and<br><br>NETVERSANT-NEW ENGLAND, INC.,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL-CIO-CLC, LOCAL UNION 103 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, FRANK J. CARROLL and PAUL WARD,<br><br>Third-Party Defendants. | Civil Action No. 04-10559NMG |

### NETVERSANT-NEW ENGLAND, INC.'S ASSENTED-TO MOTION FOR LEAVE TO EXTEND TIME TO FILE AN OPPOSITION TO THIRD-PARTY DEFENDANTS' MOTIONS TO DISMISS

Defendant NetVersant-New England, Inc. ("Defendant" or "Third-Party Plaintiff") hereby seeks leave to extend the time to oppose the motion to dismiss of Third-Party Defendants International Brotherhood of Electrical Workers, AFL-CIO-CLC and Frank J. Carroll, and the motion to dismiss of Third-Party Defendants Local Union 103 of the International Brotherhood

of Electrical Workers and Paul Ward, to and including March 18, 2005. All Third-Party Defendants assent to this motion.

Dated: February 16, 2005

By its attorneys,

NetVersant-New England, Inc.

/s/ Steven A. Kaufman
Steven A. Kaufman (BBO# 262230)
Ropes & Gray
One International Place
Boston MA 02110
(617) 951-7000

So Ordered:

_____