UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUSSELL F. SHEEHAN, Administrator,<br><br>        Plaintiff,<br><br>v.<br><br>NETVERSANT-NEW ENGLAND, INC., NETVERSANT SOLUTIONS, INC., ROBERT FELDMAN, WILLIAM FIEDLER, RONALD HALE, JR., and SCOTT FORDHAM, and Walsh Brothers, Incorporated, Maiuri Electrical Company, Daisy Electric, Inc., and Partners Healthcare Systems, Inc.,<br><br>        Defendants.<br><br>and<br><br>NETVERSANT-NEW ENGLAND, INC.<br><br>        Third-Party Plaintiff,<br><br>v.<br><br>INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL-CIO-CLC, LOCAL UNION 103 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, FRANK J. CARROLL and PAUL WARD,<br><br>        Third-Party Defendants. | Civil Action No.<br>1:04-cv-10559-NMG |

## NOTICE OF APPEARANCE

Please enter the appearance of Gordon P. Katz as counsel for defendants NetVersant Solutions, Inc., Robert Feldman, William Fiedler, Scott Fordham and Robert Hale, Jr.

# 2678126_v1

                    NETVERSANT SOLUTIONS, INC., ROBERT
FELDMAN, WILLIAM FIEDLER, SCOTT
FORDHAM and ROBERT HALE, JR.,

By their attorneys,

/s/ Gordon P. Katz
Gordon P. Katz (BBO #261080)
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA  02116
(617) 523-2700

Dated:    March 9, 2005
          Boston, Massachusetts