UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
RUSSELL F. SHEEHAN, Administrator,

        Plaintiff,

v.                                          Civil Action No.
                                            04-10559-NMG
NETVERSANT-NEW ENGLAND, INC.,
NETVERSANT SOLUTIONS, INC., ROBERT
FELDMAN, WILLIAM FIEDLER, RONALD
HALE, JR., and SCOTT FORDHAM, and
Walsh Brothers, Incorporated,
Maiuri Electrical Company, Daisy
Electric, Inc., and Partners
Healthcare Systems, Inc.,

        Defendants.

and

NETVERSANT-NEW ENGLAND, INC.

        Third-Party Plaintiff,

v.

INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS, AFL-CIO-CLC,
LOCAL UNION 103 OF THE
INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS, FRANK J.
CARROLL and PAUL WARD,

        Third-Party Defendants.
```

**ASSENTED-TO MOTION TO ENLARGE TIME TO**
**<u>RESPOND TO THE AMENDED COMPLAINT TO MAY 16, 2005</u>**

Defendants NetVersant Solutions, Inc., Robert Feldman, William Fiedler, Scott Fordham, and Robert Hale, Jr.

# 2682343_v1

(collectively, the "NetVersant Solutions defendants"), with the assent of the plaintiff, Russell F. Sheehan, as Administrator of the Local 103, I.B.E.W. Health Benefit Plan, the Electrical Workers Pension Fund, Local 103, I.B.E.W., the Electrical Workers Deferred Income Fund, Local 103, I.B.E.W., the Joint Apprenticeship and Training Trust Fund, Local 103, I.B.E.W., and the Electrical Industry Labor-Management Cooperation Trust, hereby move that their time to respond to plaintiff's amended complaint be enlarged to and including **May 16, 2005.**

As grounds for the motion, the NetVersant Solutions defendants state that their counsel has just been engaged, that the issues in the amended complaint are legally and factually complex, and that the plaintiff has assented to this motion for enlargement of time.

NETVERSANT SOLUTIONS, INC., ROBERT FELDMAN, WILLIAM FIEDLER, SCOTT FORDHAM and ROBERT HALE, JR.,

By their attorneys,

/s/ Gordon P. Katz
Gordon P. Katz (BBO #261080)
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA  02116
(617) 523-2700
E-mail:  gordon.katz@hklaw.com

ASSENTED TO:

RUSSELL F. SHEEHAN, as Administrator of the Local 103, I.B.E.W. Health Benefit Plan, the Electrical Workers Pension Fund, Local 103, I.B.E.W., the Electrical Workers Deferred Income Fund, Local 103, I.B.E.W., the Joint Apprenticeship and Training Trust Fund, Local 103, I.B.E.W., and the Electrical Industry Labor-Management Cooperation Trust

By their attorney,


/s/ David W. Healey
David W. Healey (BBO #548262)
DAVID W. HEALEY & ASSOCIATES
77 Franklin Street, Suite 805
Boston, MA  02110
(617) 457-3131


Dated:    March 14, 2005
          Boston, Massachusetts