UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUSSELL F. SHEEHAN, Administrator,<br><br>    Plaintiff,<br><br>v.<br><br>NETVERSANT-NEW ENGLAND, INC., NETVERSANT SOLUTIONS, INC., ROBERT FELDMAN, WILLIAM FIEDLER, RONALD HALE, JR. AND SCOTT FORDHAM<br><br>    Defendants,<br><br> and<br><br>Maiuri Electrical Company, Daisy Electric, Inc., and Partners HealthCare System, Inc.,<br><br>  Reach and Apply Defendants.<br><br> and<br><br>NETVERSANT-NEW ENGLAND, INC.,<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL-CIO-CLC, LOCAL UNION 103 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, FRANK J. CARROLL and PAUL WARD,<br><br>    Third-Party Defendants. | Civil Action No. 04-10559NMG |

### NETVERSANT-NEW ENGLAND, INC.'S ASSENTED-TO MOTION FOR LEAVE TO EXTEND TIME TO FILE AN ANSWER TO THE SECOND AMENDED COMPLAINT AND TO OPPOSE THIRD-PARTY DEFENDANTS' MOTIONS TO DISMISS

Defendant NetVersant-New England, Inc. ("Defendant" or "Third-Party Plaintiff") hereby seeks leave to extend the time to:

(1) Answer or otherwise respond to Plaintiff Sheehan's Second Amended Complaint from March 14, 2005 to and including May 15, 2005. Plaintiff assents to this extension of time.

(2) Oppose the motion to dismiss of Third-Party Defendants International Brotherhood of Electrical Workers, AFL-CIO-CLC and Frank J. Carroll, and the motion to dismiss of Third-Party Defendants Local Union 103 of the International Brotherhood of Electrical Workers and Paul Ward, from March 18, 2005 to and including March 30, 2005. All of the Third-Party Defendants assent to this extension of time.

Dated: March 14, 2005

By its attorneys,

NetVersant-New England, Inc.

/s/ Steven A. Kaufman
Steven A. Kaufman (BBO# 262230)
Ropes & Gray
One International Place
Boston MA 02110
(617) 951-7000

So Ordered:

_____