

**Local 103 OF GREATER BOSTON**

*International Brotherhood of Electrical Workers*

256 FREEPORT STREET • DORCHESTER, MASSACHUSETTS 02122
TELEPHONE: (617) 436-3710   FAX: (617) 436-3299
TOLL FREE: (800) 218-0075
WEBSITE: www.ibew103.com



March 23, 1998

Mr. Stephen J. Gillis, President
JEMD-Co., Inc. – d/b/a JCI Communications
45 Milk Street
Boston, MA  02109

Dear Steve:

    In response to your correspondence dated February 11, 1998, and the amended Assent form, attached thereto, please be advised that it is contrary to the policy of the I.B.E.W. and Local 103 to execute other than standard forms.

    I will continue to work with Local 2222 in order to formalize a jurisdictional agreement in line with our previous discussions and would be willing to sign an Assent form with a side letter on the jurisdictional guidelines.

    Please contact me with your thoughts on this matter.

                          Yours very truly,

                           Paul J. Ward
                           Business Manager

PJW/rf

cc:  Frank Carroll, IVP, Second District, I.B.E.W.
     Bob Cunningham