UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUSSELL F. SHEEHAN, Administrator, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NETVERSANT-NEW ENGLAND, INC., )<br>et al., )<br>)<br>Defendants. )<br>)<br>and )<br>)<br>NETVERSANT-NEW ENGLAND, INC., )<br>)<br>Third-Party Plaintiff, )<br>)<br>v. )<br>)<br>INTERNATIONAL BROTHERHOOD OF )<br>ELECTRICAL WORKERS, AFL-CIO- )<br>CLC, et al., )<br>)<br>Third-Party Defendants. )<br>) | Civil Action No. 04-10559NMG |

**ASSENTED-TO MOTION FOR LEAVE
TO FILE A JOINT REPLY TO OPPOSITION TO THIRD-PARTY
DEFENDANTS' MOTION TO DISMISS**

Third-Party Defendants International Brotherhood of Electrical Workers, AFL-CIO, ("IBEW"), IBEW Local 103, Frank Carroll and Paul Ward jointly move, with the assent of Third-Party Plaintiff, for leave to file a reply to the opposition by Third-Party Plaintiff NetVersant-New England, Inc. ("NetVersant") to the Third-Party Defendants' motions to dismiss on or before April 15, 2005. Leave is requested for the Third-Party Defendants to

- 1 -

respond jointly to the Third-Party Plaintiff's arguments, and to assure that full briefing of all issues is before the Court.

The undersigned certifies pursuant to Local Rule 7.1 that counsel for Third-Party Plaintiff in this action has given their assent to this motion.

WHEREFORE, the Third-Party Defendants respectfully request that the Court grant such leave.

Dated: April 1, 2005

Respectfully Submitted,

IBEW Local 103 and Paul Ward

By: /s/ Indira Talwani
Indira Talwani
BBO # 645577
SEGAL, ROITMAN & COLEMAN
11 Beacon Street, Suite 500
Boston, MA  02108
(617) 742-0208

International Brotherhood of Electrical Workers, AFL-CIO, and Frank Carroll

By: /s/Jonathan D. Newman
Jonathan D. Newman
SHERMAN, DUNN, COHEN, LEIFER & YELLIG, P.C.
900 Seventh Street, N.W., Suite 1000
Washington, D.C.  20001
(202) 785-9300

Christopher N. Souris (BBO # 556343)
KRAKOW & SOURIS
225 Friend Street, 8th Floor
Boston, MA 02114
(617) 723-8440

Attorneys for the IBEW and Carroll