UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUSSELL F. SHEEHAN, Administrator, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| NETVERSANT-NEW ENGLAND, INC., ) | Civil Action No. 04-10559NMG |
| et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| and ) | |
| ) | |
| NETVERSANT-NEW ENGLAND, INC., ) | |
| ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| INTERNATIONAL BROTHERHOOD OF ) | |
| ELECTRICAL WORKERS, AFL-CIO- ) | |
| CLC, et al., ) | |
| ) | |
| Third-Party Defendants. ) | |
| ) | |

## ASSENTED-TO MOTION FOR FIVE DAY EXTENSION OF TIME TO FILE A JOINT REPLY TO OPPOSITION TO THIRD-PARTY DEFENDANTS' MOTION TO DISMISS

Third-Party Defendants International Brotherhood of Electrical Workers, AFL-CIO,

("IBEW"), IBEW Local 103, Frank Carroll and Paul Ward jointly move, with the assent of

Third-Party Plaintiff, for a five-day extension of time to file a reply to the opposition by Third-

Party Plaintiff NetVersant-New England, Inc. ("NetVersant") to the Third-Party Defendants'

motions to dismiss on or before April 20, 2005.  Leave is requested to accommodate the

litigation schedule of counsel for Third-Party Defendants IBEW Local 103 and Paul Ward.

The undersigned certifies pursuant to Local Rule 7.1 that counsel for Third-Party Plaintiff

in this action has given their assent to this motion.

WHEREFORE, the Third-Party Defendants respectfully request that the Court grant such

leave.

Dated: April 14, 2005                          Respectfully Submitted,

                                               IBEW Local 103 and Paul Ward

                                               By:  /s/  Indira Talwani
                                               Indira Talwani
                                               BBO # 645577
                                               SEGAL, ROITMAN & COLEMAN
                                               11 Beacon Street, Suite 500
                                               Boston, MA  02108
                                               (617) 742-0208

                                               International Brotherhood of Electrical Workers,
                                               AFL-CIO, and Frank Carroll

                                               By:  /s/Jonathan D. Newman
                                               Jonathan D. Newman
                                               SHERMAN, DUNN, COHEN, LEIFER &
                                               YELLIG, P.C.
                                               900 Seventh Street, N.W., Suite 1000
                                               Washington, D.C.  20001
                                               (202) 785-9300

                                               Christopher N. Souris (BBO # 556343)
                                               KRAKOW & SOURIS
                                               225 Friend Street, 8th Floor
                                               Boston, MA 02114
                                               (617) 723-8440

                                               Attorneys for the IBEW and Carroll