UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUSSELL F. SHEEHAN, Administrator,<br><br>       Plaintiff,<br><br>v.<br><br>NETVERSANT-NEW ENGLAND, INC., NETVERSANT SOLUTIONS, INC., ROBERT FELDMAN, WILLIAM FIEDLER, RONALD HALE, JR., and SCOTT FORDHAM, and Walsh Brothers, Incorporated, Maiuri Electrical Company, Daisy Electric, Inc., and Partners Healthcare Systems, Inc.,<br><br>       Defendants.<br><br>and<br><br>NETVERSANT-NEW ENGLAND, INC.,<br><br>       Third-Party Plaintiff,<br><br>v.<br><br>INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL-CIO-CLC, LOCAL UNION 103 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, FRANK J. CARROLL and PAUL WARD,<br><br>       Third-Party Defendants. | Civil Action No.<br>04-10559-NMG |

**ASSENTED-TO MOTION TO FURTHER ENLARGE TIME TO
RESPOND TO THE AMENDED COMPLAINT TO JUNE 17, 2005**

Defendants NetVersant Solutions, Inc., Robert Feldman, William Fiedler, Scott Fordham, and Robert Hale, Jr. (collectively, the "NetVersant Solutions defendants"), with the assent of the plaintiff, Russell F. Sheehan, as Administrator of the Local 103, I.B.E.W. Health Benefit Plan, the Electrical

# 2832063_v1

Workers Pension Fund, Local 103, I.B.E.W., the Electrical Workers Deferred Income Fund, Local 103, I.B.E.W., the Joint Apprenticeship and Training Trust Fund, Local 103, I.B.E.W., and the Electrical Industry Labor-Management Cooperation Trust, hereby move that their time to respond to plaintiff's amended complaint be further enlarged to and including **June 17, 2005**.

As grounds for the assented-to motion, the NetVersant Solutions defendants state that the parties intend to engage in settlement discussions during the next 30 days and wish temporarily to stay the above-referenced proceedings.

                                NETVERSANT SOLUTIONS, INC., ROBERT FELDMAN, WILLIAM FIEDLER, SCOTT FORDHAM and ROBERT HALE, JR.,

                                By their attorneys,

                                /s/ Gordon P. Katz
                                Gordon P. Katz (BBO #261080)
                                HOLLAND & KNIGHT LLP
                                10 St. James Avenue
                                Boston, MA  02116
                                (617) 523-2700
                                E-mail:  gordon.katz@hklaw.com

ASSENTED TO:

RUSSELL F. SHEEHAN, as Administrator of the Local 103, I.B.E.W. Health Benefit Plan, the Electrical Workers Pension Fund, Local 103, I.B.E.W., the Electrical Workers Deferred Income Fund, Local 103, I.B.E.W., the Joint Apprenticeship and Training Trust Fund, Local 103, I.B.E.W., and the Electrical Industry Labor-Management Cooperation Trust

By their attorney,


/s/ David W. Healey
David W. Healey (BBO #548262)
DAVID W. HEALEY & ASSOCIATES
77 Franklin Street, Suite 805
Boston, MA  02110
(617) 457-3131


Dated:    May 9, 2005
          Boston, Massachusetts

# 2832063_v1                                    3