UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUSSELL F. SHEEHAN, Administrator,<br><br>        Plaintiff,<br><br>v.<br><br>NETVERSANT-NEW ENGLAND, INC., NETVERSANT SOLUTIONS, INC., ROBERT FELDMAN, WILLIAM FIEDLER, RONALD HALE, JR., and SCOTT FORDHAM, and Walsh Brothers, Incorporated, Maiuri Electrical Company, Daisy Electric, Inc., and Partners Healthcare Systems, Inc.,<br><br>        Defendants.<br><br>and<br><br>NETVERSANT-NEW ENGLAND, INC.,<br><br>        Third-Party Plaintiff,<br><br>v.<br><br>INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL-CIO-CLC, LOCAL UNION 103 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, FRANK J. CARROLL and PAUL WARD,<br><br>        Third-Party Defendants. | Civil Action No.<br>04-10559-NMG |

**THIRD ASSENTED-TO MOTION TO FURTHER ENLARGE TIME
TO RESPOND TO THE AMENDED COMPLAINT TO JULY 15, 2005**

    Defendants NetVersant Solutions, Inc., Robert Feldman, William Fiedler, Scott Fordham, and Robert Hale, Jr.

# 2978457_v1

(collectively, the "NetVersant Solutions defendants"), with the assent of the plaintiff, Russell F. Sheehan, as Administrator of the Local 103, I.B.E.W. Health Benefit Plan, the Electrical Workers Pension Fund, Local 103, I.B.E.W., the Electrical Workers Deferred Income Fund, Local 103, I.B.E.W., the Joint Apprenticeship and Training Trust Fund, Local 103, I.B.E.W., and the Electrical Industry Labor-Management Cooperation Trust, hereby move that their time to respond to plaintiff's amended complaint be further enlarged to and including **July 15, 2005.**

As grounds for the assented-to motion, the NetVersant Solutions defendants state that the parties intend to engage in settlement discussions during late June, 2005, and the parties have agreed that the NetVersant Solutions defendants' time to respond to the amended complaint should be further extended while these settlement discussions take place.

    NETVERSANT SOLUTIONS, INC., ROBERT FELDMAN, WILLIAM FIEDLER, SCOTT FORDHAM and ROBERT HALE, JR.,

    By their attorneys,

    /s/ Gordon P. Katz
    Gordon P. Katz (BBO #261080)
    HOLLAND & KNIGHT LLP
    10 St. James Avenue
    Boston, MA  02116
    (617) 523-2700
    E-mail:  gordon.katz@hklaw.com

ASSENTED TO:

RUSSELL F. SHEEHAN, as
Administrator of the Local
103, I.B.E.W. Health Benefit
Plan, the Electrical Workers
Pension Fund, Local 103,
I.B.E.W., the Electrical
Workers Deferred Income Fund,
Local 103, I.B.E.W., the
Joint Apprenticeship and
Training Trust Fund, Local
103, I.B.E.W., and the
Electrical Industry Labor-
Management Cooperation Trust

By their attorney,


/s/ David W. Healey
David W. Healey (BBO #548262)
DAVID W. HEALEY & ASSOCIATES
77 Franklin Street, Suite 805
Boston, MA  02110
(617) 457-3131


Dated:     June 9, 2005
           Boston, Massachusetts