UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUSSELL F. SHEEHAN, Administrator, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| NETVERSANT-NEW ENGLAND, INC., ) | Civil Action No. 04-10559NMG |
| et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |
| and ) | |
| ) | |
| NETVERSANT-NEW ENGLAND, INC., ) | |
| ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| INTERNATIONAL BROTHERHOOD OF ) | |
| ELECTRICAL WORKERS, AFL-CIO- ) | |
| CLC, et al. ) | |
| Third-Party Defendants. ) | |
| ) | |

**ASSENTED-TO MOTION TO
EXTEND TIME TO ANSWER COMPLAINT**

Third-Party Defendant International Brotherhood of Electrical Workers, AFL-CIO, Local 103 ("Local 103") respectfully moves, with the assent of Third-Party Plaintiff NetVersant-New England, Inc., to extend its time to answer the complaint until September 15, 2005.

- 2 -

As grounds for the assented-to motion, Local 103 states that the parties are continuing to engage in mediation, and that the September 15, 2005 date was selected to coordinate with the date set for the answer of Defendants NetVersant Solutions, Inc., Robert Feldman, William Fiedler, Scott Fordham and Robert Hale, Jr.

Dated: August 10, 2005                                Respectfully Submitted,


  /s/ Indira Talwani
Indira Talwani
BBO # 645577
SEGAL, ROITMAN & COLEMAN
11 Beacon Street, Suite 500
Boston, MA 02108
(617) 742-0208