UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUSSELL F. SHEEHAN, Administrator, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NETVERSANT-NEW ENGLAND, INC., )<br>et al., )<br>)<br>Defendants. )<br>)<br>and )<br>)<br>NETVERSANT-NEW ENGLAND, INC., )<br>)<br>Third-Party Plaintiff, )<br>)<br>v. )<br>)<br>INTERNATIONAL BROTHERHOOD OF )<br>ELECTRICAL WORKERS, AFL-CIO- )<br>CLC, et al., )<br>)<br>Third-Party Defendants. )<br>) | Civil Action No. 04-10559NMG |

**ASSENTED-TO MOTION TO EXTEND TIME
TO ANSWER THIRD-PARTY COMPLAINT**

Third-Party Defendant International Brotherhood of Electrical Workers, AFL-CIO, ("IBEW") respectfully moves, with the assent of Third-Party Plaintiff, NetVersant-New England, Inc., to extend its time to answer the Third-Party Complaint to September 15, 2005. The parties are continuing to engage in mediation. The September 15, 2005, date was selected to coordinate with the date set for the answer of Defendants NetVersant Solutions, Inc., Robert Feldman, William Fiedler, Scott Fordham and Robert Hale, Jr.

- 1 -

- 2 -

WHEREFORE, the IBEW respectfully requests that the Court grant an extension of time until September 15, 2005, for the IBEW to answer the Third-Party Complaint.

Dated:  August 11, 2005                    Respectfully Submitted,


                                           By: /s/Jonathan D. Newman
                                           Jonathan D. Newman
                                           SHERMAN, DUNN, COHEN, LEIFER &
                                           YELLIG, P.C.
                                           900 Seventh Street, N.W., Suite 1000
                                           Washington, D.C.  20001
                                           (202) 785-9300

                                           Christopher N. Souris (BBO # 556343)
                                           KRAKOW & SOURIS
                                           225 Friend Street, 8th Floor
                                           Boston, MA 02114
                                           (617) 723-8440

                                           Attorneys for the IBEW