UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUSSELL F. SHEEHAN, Administrator, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| NETVERSANT-NEW ENGLAND, INC., ) | Civil Action No. 04-10559NMG |
| et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |
| and ) | |
| ) | |
| NETVERSANT-NEW ENGLAND, INC., ) | |
| ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| INTERNATIONAL BROTHERHOOD OF ) | |
| ELECTRICAL WORKERS, AFL-CIO- ) | |
| CLC, et al. ) | |
| Third-Party Defendants. ) | |
| ) | |

## SECOND ASSENTED-TO MOTION TO
## EXTEND TIME TO ANSWER COMPLAINT

Third-Party Defendant International Brotherhood of Electrical Workers, AFL-CIO, Local 103 ("Local 103") respectfully moves, with the assent of Third-Party Plaintiff NetVersant-New England, Inc., to extend its time to answer the complaint until November 15, 2005.

- 1 -

- 2 -

As grounds for the assented-to motion, Local 103 states that the parties are continuing to engage in mediation, and that the November 15, 2005 date was selected to coordinate with the date set for the answer of Defendants NetVersant Solutions, Inc., Robert Feldman, William Fiedler, Scott Fordham and Robert Hale, Jr.

Dated:  September 13, 2005               Respectfully Submitted,


                                          /s/ Indira Talwani
                                         Indira Talwani
                                         BBO # 645577
                                         SEGAL, ROITMAN & COLEMAN
                                         11 Beacon Street, Suite 500
                                         Boston, MA  02108
                                         (617) 742-0208