UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUSSELL F. SHEEHAN, Administrator,<br><br>Plaintiff,<br><br>v.<br><br>NETVERSANT-NEW ENGLAND, INC.,<br>et al.,<br><br>Defendants.<br><br>and<br><br>NETVERSANT-NEW ENGLAND, INC.,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>INTERNATIONAL BROTHERHOOD OF<br>ELECTRICAL WORKERS, AFL-CIO-<br>CLC, et al.,<br><br>Third-Party Defendants. | Civil Action No. 04-10559NMG |

**SECOND ASSENTED-TO MOTION TO EXTEND TIME
TO ANSWER THIRD-PARTY COMPLAINT**

Third-Party Defendant International Brotherhood of Electrical Workers, AFL-CIO, ("IBEW") respectfully moves, with the assent of Third-Party Plaintiff, NetVersant-New England, Inc., to extend its time to answer the Third-Party Complaint to November 15, 2005. The parties are continuing to engage in mediation. The November 15, 2005, date was selected to coordinate with the date set for the answer of Defendants NetVersant Solutions, Inc., Robert Feldman, William Fiedler, Scott Fordham and Robert Hale, Jr.

- 1 -

- 2 -

WHEREFORE, the IBEW respectfully requests that the Court grant an extension of time until November 15, 2005, for the IBEW to answer the Third-Party Complaint.

Dated: September 13, 2005    Respectfully Submitted,

By: /s/Jonathan D. Newman
Jonathan D. Newman
SHERMAN, DUNN, COHEN, LEIFER & YELLIG, P.C.
900 Seventh Street, N.W., Suite 1000
Washington, D.C. 20001
(202) 785-9300

Christopher N. Souris (BBO # 556343)
KRAKOW & SOURIS
225 Friend Street, 8th Floor
Boston, MA 02114
(617) 723-8440

Attorneys for the IBEW