UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RUSSELL F. SHEEHAN, Administrator,

Plaintiff,

v.

NETVERSANT-NEW ENGLAND, INC.,
NETVERSANT SOLUTIONS, INC., ROBERT
FELDMAN, WILLIAM FIEDLER, RONALD
HALE, JR., and SCOTT FORDHAM, and
Walsh Brothers, Incorporated,
Maiuri Electrical Company, Daisy
Electric, Inc., and Partners
Healthcare Systems, Inc.,

Defendants.

and

NETVERSANT-NEW ENGLAND, INC.,

Third-Party Plaintiff,

v.

INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS, AFL-CIO-CLC,
LOCAL UNION 103 OF THE
INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS, FRANK J.
CARROLL and PAUL WARD,

Third-Party Defendants.

Civil Action No.
04-10559-NMG

**SEVENTH ASSENTED-TO MOTION TO FURTHER ENLARGE TIME TO
RESPOND TO THE AMENDED COMPLAINT TO DECEMBER 15, 2005**

Defendants NetVersant Solutions, Inc., Robert Feldman,

William Fiedler, Scott Fordham, and Ronald Hale, Jr.

(collectively, the "NetVersant Solutions defendants"), with the

assent of the plaintiff, Russell F. Sheehan, as Administrator of

the Local 103, I.B.E.W. Health Benefit Plan, the Electrical

Workers Pension Fund, Local 103, I.B.E.W., the Electrical Workers
Deferred Income Fund, Local 103, I.B.E.W., the Joint
Apprenticeship and Training Trust Fund, Local 103, I.B.E.W., and
the Electrical Industry Labor-Management Cooperation Trust,
hereby move that their time to respond to plaintiff's amended
complaint be further enlarged to and including **December 15, 2005**.

As grounds for the assented-to motion, the NetVersant
Solutions defendants state that the parties' mediation during
late October, 2005, has been delayed due to the sudden illness of
the mediator, and the parties have agreed that the NetVersant
Solutions defendants' time to respond to the amended complaint
should be further extended while the mediation continues.

NETVERSANT SOLUTIONS, INC., ROBERT
FELDMAN, WILLIAM FIEDLER, SCOTT
FORDHAM and RONALD HALE, JR.,

By their attorneys,

/s/ Gordon P. Katz
Gordon P. Katz (BBO #261080)
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA  02116
(617) 523-2700
E-mail:  gordon.katz@hklaw.com

ASSENTED TO:

RUSSELL F. SHEEHAN, as
Administrator of the Local
103, I.B.E.W. Health Benefit
Plan, the Electrical Workers
Pension Fund, Local 103,
I.B.E.W., the Electrical
Workers Deferred Income Fund,
Local 103, I.B.E.W., the Joint
Apprenticeship and Training
Trust Fund, Local 103,
I.B.E.W., and the Electrical
Industry Labor-Management
Cooperation Trust

By their attorney,


/s/ David W. Healey
David W. Healey (BBO #548262)
DAVID W. HEALEY & ASSOCIATES
77 Franklin Street, Suite 805
Boston, MA   02110
(617) 457-3131


Dated:     October 26, 2005
           Boston, Massachusetts