UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUSSELL F. SHEEHAN, Administrator, </br></br>   Plaintiff, </br></br> v. </br></br> NETVERSANT-NEW ENGLAND, INC., et al. </br></br>   Defendants. </br></br> and </br></br> NETVERSANT-NEW ENGLAND, INC., </br></br>   Third-Party Plaintiff, </br></br> v. </br></br> INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL-CIO-CLC, et al. </br></br>   Third-Party Defendants. | Civil Action No. 04-10559NMG |

## THIRD ASSENTED-TO MOTION TO EXTEND TIME TO ANSWER COMPLAINT

Third-Party Defendant International Brotherhood of Electrical Workers, AFL-CIO, ("IBEW") and IBEW Local 103 ("Local 103") respectfully move, with the assent of Third-Party Plaintiff NetVersant-New England, Inc., to extend their time to answer the complaint until December 15, 2005.

- 1 -

- 2 -

As grounds for the assented-to motion, Local 103 states that the parties' mediation scheduled for late October 2005 has been delayed due to the sudden illness of the mediator, and that the December 15, 2005 date was selected to coordinate with the due date for the answer of Defendants NetVersant Solutions, Inc., Robert Feldman, William Fiedler, Scott Fordham and Robert Hale, Jr., and to permit time for the rescheduled mediation in late November, 2005.

Dated:  November 3, 2005					Respectfully Submitted,


							/s/Jonathan D. Newman
							Jonathan D. Newman
							SHERMAN, DUNN, COHEN, LEIFER &
							YELLIG, P.C.
							1125 Fifteenth Street, N.W., Suite 801
							Washington, D.C.  20005
							(202) 785-9300

							Christopher N. Souris (BBO # 556343)
							KRAKOW & SOURIS
							225 Friend Street, 8th Floor
							Boston, MA 02114
							(617) 723-8440

							For IBEW


							 /s/ Indira Talwani
							Indira Talwani
							BBO # 645577
							SEGAL, ROITMAN & COLEMAN
							11 Beacon Street, Suite 500
							Boston, MA  02108
							(617) 742-0208

							For Local 103