UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUSSELL F. SHEEHAN, Administrator, | ) |
| Plaintiff, | ) |
| v. | ) |
| NETVERSANT-NEW ENGLAND, INC., et al. | ) Civil Action No. 04-10559NMG |
| Defendants. | ) |
| and | ) |
| NETVERSANT-NEW ENGLAND, INC., | ) |
| Third-Party Plaintiff, | ) |
| v. | ) |
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL-CIO-CLC, et al. | ) |
| Third-Party Defendants. | ) |

## FOURTH ASSENTED-TO MOTION TO EXTEND TIME TO ANSWER COMPLAINT

Third-Party Defendant International Brotherhood of Electrical Workers, AFL-CIO, ("IBEW") and IBEW Local 103 ("Local 103") respectfully move, with the assent of Third-Party Plaintiff NetVersant-New England, Inc., to extend their time to answer the complaint until January 15, 2006.

- 1 -

- 2 -

As grounds for the assented-to motion, Local 103 states that the parties' mediation is continuing, and that the January 15, 2006 date was selected to permit time for the ongoing mediation, and to coordinate with the due date requested for the answer of Defendants NetVersant Solutions, Inc., Robert Feldman, William Fiedler, Scott Fordham and Robert Hale, Jr.

Dated:  December 7, 2005            Respectfully Submitted,


    /s/Jonathan D. Newman
Jonathan D. Newman
SHERMAN, DUNN, COHEN, LEIFER & YELLIG, P.C.
900 Seventh St., N.W., Suite 1000
Washington, D.C.  20001
(202) 785-9300

Christopher N. Souris (BBO # 556343)
KRAKOW & SOURIS
225 Friend Street, 8th Floor
Boston, MA 02114
(617) 723-8440

For IBEW


 /s/ Indira Talwani
Indira Talwani
BBO # 645577
SEGAL, ROITMAN & COLEMAN
11 Beacon Street, Suite 500
Boston, MA  02108
(617) 742-0208

For Local 103