UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUSSELL F. SHEEHAN, Administrator, <br><br>    Plaintiff,<br><br> v.<br><br>NETVERSANT-NEW ENGLAND, INC., et al.<br><br>    Defendants.<br><br> and<br><br>NETVERSANT-NEW ENGLAND, INC.,<br><br>    Third-Party Plaintiff,<br><br> v.<br><br>INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL-CIO-CLC, et al.<br><br>    Third-Party Defendants. | Civil Action No. 04-10559NMG |

## FIFTH ASSENTED-TO MOTION TO EXTEND TIME TO ANSWER COMPLAINT

Third-Party Defendant International Brotherhood of Electrical Workers, AFL-CIO, ("IBEW") and IBEW Local 103 ("Local 103") respectfully move, with the assent of Third-Party Plaintiff NetVersant-New England, Inc., to extend their time to answer the complaint until January 30, 2006.

- 1 -

- 2 -

As grounds for the assented-to motion, Local 103 states that the parties' mediation is continuing, and that the January 30, 2006 date has been selected to permit time for the ongoing mediation, and to coordinate with the due date requested for the answer of Defendants NetVersant Solutions, Inc., Robert Feldman, William Fiedler, Scott Fordham and Robert Hale, Jr.

Dated: January 10, 2006               Respectfully Submitted,


    /s/Jonathan D. Newman
Jonathan D. Newman
SHERMAN, DUNN, COHEN, LEIFER & YELLIG, P.C.
900 Seventh St., N.W., Suite 1000
Washington, D.C. 20001
(202) 785-9300

Christopher N. Souris (BBO # 556343)
KRAKOW & SOURIS
225 Friend Street, 8th Floor
Boston, MA 02114
(617) 723-8440

For IBEW


  /s/ Indira Talwani
Indira Talwani
BBO # 645577
SEGAL, ROITMAN & COLEMAN
11 Beacon Street, Suite 500
Boston, MA 02108
(617) 742-0208

For Local 103

- 3 -

## Certificate of Service

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 10, 2006.

                                                  _/s/ Indira Talwani_____
                                                Indira Talwani