UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUSSELL F. SHEEHAN, Administrator,<br><br>        Plaintiff,<br><br>v.<br><br>NETVERSANT-NEW ENGLAND, INC., NETVERSANT SOLUTIONS, INC., ROBERT FELDMAN, WILLIAM FIEDLER, RONALD HALE, JR., and SCOTT FORDHAM, and Walsh Brothers, Incorporated, Maiuri Electrical Company, Daisy Electric, Inc., and Partners Healthcare Systems, Inc.,<br><br>        Defendants.<br><br>and<br><br>NETVERSANT-NEW ENGLAND, INC.,<br><br>        Third-Party Plaintiff,<br><br>v.<br><br>INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL-CIO-CLC, LOCAL UNION 103 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, FRANK J. CARROLL and PAUL WARD,<br><br>        Third-Party Defendants. | Civil Action No.<br>04-10559-NMG |

**TENTH ASSENTED-TO MOTION TO FURTHER ENLARGE TIME
TO RESPOND TO THE AMENDED COMPLAINT TO MARCH 1, 2006**

    Defendants NetVersant Solutions, Inc., Robert Feldman, William Fiedler, Scott Fordham, and Ronald Hale, Jr.

# 3547296_v1

(collectively, the "NetVersant Solutions defendants"), with the assent of the plaintiff, Russell F. Sheehan, as Administrator of the Local 103, I.B.E.W. Health Benefit Plan, the Electrical Workers Pension Fund, Local 103, I.B.E.W., the Electrical Workers Deferred Income Fund, Local 103, I.B.E.W., the Joint Apprenticeship and Training Trust Fund, Local 103, I.B.E.W., and the Electrical Industry Labor-Management Cooperation Trust, hereby move that their time to respond to plaintiff's amended complaint be further enlarged to and including **March 1, 2006.**

As grounds for the assented-to motion, the NetVersant Solutions defendants state that the parties' have tentatively agreed to a settlement and additional time is necessary to resolve remaining settlement details.

>
> NETVERSANT SOLUTIONS, INC., ROBERT FELDMAN, WILLIAM FIEDLER, SCOTT FORDHAM and RONALD HALE, JR.
>
> By their attorneys,
>
> /s/ Gordon P. Katz
> Gordon P. Katz (BBO #261080)
> HOLLAND & KNIGHT LLP
> 10 St. James Avenue
> Boston, MA  02116
> (617) 523-2700
> E-mail:  gordon.katz@hklaw.com

ASSENTED TO:

RUSSELL F. SHEEHAN, as Administrator of the Local 103, I.B.E.W. Health Benefit Plan, the Electrical Workers Pension Fund, Local 103, I.B.E.W., the Electrical Workers Deferred Income Fund, Local 103, I.B.E.W., the Joint Apprenticeship and Training Trust Fund, Local 103, I.B.E.W., and the Electrical Industry Labor-Management Cooperation Trust

By their attorney,


/s/ David W. Healey
David W. Healey (BBO #548262)
DAVID W. HEALEY & ASSOCIATES
77 Franklin Street, Suite 805
Boston, MA  02110
(617) 457-3131

 Dated:    January 30, 2006
           Boston, Massachusetts


## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Fling (NEF) and paper copies will be sent to those indicated as non-registered participants on this 30th day of January, 2006.


/s/ Gordon P. Katz
Gordon P. Katz