**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| RUSSELL F. SHEEHAN, Administrator,<br><br>    Plaintiff,<br><br> v.<br><br>NETVERSANT-NEW ENGLAND, INC., et al.,<br><br>    Defendants.<br><br> and<br><br>NETVERSANT-NEW ENGLAND, INC.,<br><br>    Third-Party Plaintiff,<br><br> v.<br><br>INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL-CIO-CLC, et al.,<br><br>    Third-Party Defendants. | Civil Action No. 04-10559NMG |

**SIXTH ASSENTED-TO MOTION TO EXTEND TIME**
**TO ANSWER THIRD-PARTY COMPLAINT**

  Third-Party Defendants International Brotherhood of Electrical Workers, AFL-CIO, ("IBEW") and IBEW Local 103 respectfully move, with the assent of Third-Party Plaintiff, NetVersant-New England, Inc., to extend its time to answer the Third-Party Complaint to March 1, 2006.

  As grounds for the assented-to motion, the IBEW and Local 103 state that the parties have tentatively agreed upon a settlement and additional time is necessary to resolve remaining

- 1 -

settlement details.  The March 1, 2006, date was selected to coordinate with the extension requested for the answer of Defendants NetVersant Solutions, Inc., Robert Feldman, William Fiedler, Scott Fordham and Robert Hale, Jr.

Dated: January 26, 2006               Respectfully Submitted,


   /s/Jonathan D. Newman
Jonathan D. Newman
SHERMAN, DUNN, COHEN, LEIFER &
YELLIG, P.C.
900 Seventh Street, N.W., Suite 1000
Washington, D.C.  20001
(202) 785-9300

Christopher N. Souris (BBO # 556343)
KRAKOW & SOURIS
225 Friend Street, 8th Floor
Boston, MA 02114
(617) 723-8440

Attorneys for the IBEW

/s/ Indira Talwani (BBO # 645577)
_____
Indira Talwani
SEGAL, ROITMAN & COLEMAN
11 Beacon Street, Suite 500
Boston, MA 02108
(617) 742-0208

Attorney for Local 103

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 26, 2006

/s/ Jonathan D. Newman
_____
Jonathan D. Newman