UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUSSELL F. SHEEHAN, Administrator,<br>    Plaintiff,<br><br>    v.<br><br>NETVERSANT-NEW ENGLAND, INC.,<br>NETVERSANT SOLUTIONS, INC.,<br>ROBERT FELDMAN, WILLIAM<br>FIEDLER, RONALD HALE, JR.<br>AND SCOTT FORDHAM,<br>    Defendants,<br><br>Maiuri Electrical Company, Daisy Electric,<br>Inc., and Partners HealthCare System, Inc.,<br>    Reach and Apply Defendants,<br><br>NETVERSANT-NEW ENGLAND, INC.,<br>    Third-Party Plaintiff,<br><br>and<br><br>INTERNATIONAL BROTHERHOOD<br>OF ELECTRICAL WORKERS,<br>AFL-CIO, et al,<br>    Third-Party Defendants. | Civil Action No. 04-10559NMG |

**NOTICE OF APPEARANCE**

TO THE CLERK:

    Kindly enter our appearance on behalf of the plaintiff in this action.

    /s/ *Sophie E. Bryan*
    Sophie E. Bryan BBO #648612
    PEPPER HAMILTON LLP
    3000 Two Logan Square
    18th and Arch Streets
    Philadelphia, PA 19103
    (215) 981-4312
    bryans@pepperlaw.com

Dated: April 6, 2006

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NCF).

      /s/ *Sophie E. Bryan*
      Sophie E. Bryan
      PEPPER HAMILTON LLP
      3000 Two Logan Square
      18th and Arch Streets
      Philadelphia, PA 19103
      (215) 981-4312