UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUSSELL F. SHEEHAN,<br>   Plaintiff,<br><br>v.<br><br>NETVERSANT-NEW ENGLAND, INC., et al.,<br>   Defendants,<br><br>Maiuri ElectricalCompany, Daisy Electric, Inc., and Partners HealthCare System, Inc.<br>   Reach and Apply Defendants<br>and<br><br>NETVERSANT-NEW ENGLAND, INC.,<br>   Third Party Plaintiff<br><br>v.<br><br>INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL-CIO, et al.<br>   Third Party Defendants. | Civil Action No. 04-10559NMG |

## MOTION TO WITHDRAW AS COUNSEL

Now comes David W. Healey and requests leave of the Court to withdraw as counsel for the Plaintiff. As grounds for his motion, counsel states that the Plaintiff has retained successor counsel, Sophie E. Byran of the law firm of Pepper Hamilton LLP, who has filed an appearance in this matter on behalf of the Plaintiff, and therefore I am no longer counsel of record.

        Respectfully submitted,

        /s/David W. Healey
        David W. Healey (BBO# 548262)
        DAVID W. HEALEY & ASSOCIATES
        77 Franklin Street, Suite 805
        Boston, MA  02110
        (617) 457-3131