UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUSSELL F. SHEEHAN, Administrator,<br>  Plaintiff,<br><br> v.<br><br>NETVERSANT-NEW ENGLAND, INC.,<br>NETVERSANT SOLUTIONS, INC.,<br>ROBERT FELDMAN, WILLIAM<br>FIEDLER, RONALD HALE, JR.<br>AND SCOTT FORDHAM,<br>  Defendants,<br><br>Maiuri Electrical Company, Daisy Electric,<br>Inc., and Partners HealthCare System, Inc.,<br>  Reach and Apply Defendants,<br><br>NETVERSANT-NEW ENGLAND, INC.,<br>  Third-Party Plaintiff,<br><br>and<br><br>INTERNATIONAL BROTHERHOOD<br>OF ELECTRICAL WORKERS,<br>AFL-CIO, et al,<br>  Third-Party Defendants. | Civil Action No. 04-10559NMG |

**NOTICE OF APPEARANCE**

TO THE CLERK:

  Kindly enter our appearance on behalf of the plaintiff in this action.

                /s/ *Susan Katz Hoffman*
                Susan Katz Hoffman BBO #237300
                PEPPER HAMILTON LLP
                3000 Two Logan Square
                18th and Arch Streets
                Philadelphia, PA 19103
                (215) 981-4990
                hoffmans@pepperlaw.com

Dated: April 20, 2006

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NCF).

      /s/ *Susan Katz Hoffman*
      Susan Katz Hoffman
      PEPPER HAMILTON LLP
      3000 Two Logan Square
      18th and Arch Streets
      Philadelphia, PA 19103
      (215) 981-4990