SETTLEMENT AGREEMENT

This Agreement, made this ___ day of February, 2006, by and among NetVersant-New England, Inc. ("NV-NE"), and NetVersant Solutions, Inc. ("Solutions") (hereinafter referred to in the aggregate as "NetVersant Entities"), and the Local 103, I.B.E.W. Health Benefit Plan, the Electrical Workers Pension Fund, Local 103, I.B.E.W., the Electrical Workers Deferred Income Fund, Local 103, I.B.E.W., the Joint Apprenticeship and Training Trust Fund, Local 103, I.B.E.W., and the Electrical Industry Labor-Management Cooperation Trust (hereinafter referred to in the aggregate as the "Funds"), multiemployer benefit funds organized under the terms of Section 302(c) of the Taft-Hartley Act:

WHEREAS, NV-NE was party to a grievance arbitration before a Joint Conference Committee under the terms of a collective bargaining agreement between NV-NE and Local 103, I.B.E.W. ("Local 103"), concerning NV-NE's alleged application of the terms of a collective bargaining agreement between NV-NE and Local 2222, I.B.E.W. ("Local 2222") to work asserted by Local 103 to fall within the jurisdiction of its collective bargaining agreement, resulting in an Award in favor of Local 103 which was affirmed on appeal in a decision entitled *JCI Communications, Inc. v. IB.E.W Local 103,* reported at 324 F.3d 42 (1st Cir. 2003) (hereinafter, the "Award"); and

WHEREAS, the Award ordered NV-NE to make "any and all appropriate contributions to any applicable Local 103 Electrical Construction Trust Funds who were deprived of contributions as a result of the foregoing violations" and to pay interest on any such contributions; and

WHEREAS, Russell F. Sheehan, as administrator of the Funds, thereupon filed an action in the United States District Court for the District of Massachusetts against the NetVersant

Entities, Robert Feldman, William Fiedler, Scott Fordham, and Ronald Hale, Jr. (each of whom is an officer of a NetVersant Entity, and hereinafter referred to as the "Individual Defendants"), and Maiuri Electrical Company, Daisy Electric, Inc., and Partners HealthCare System, Inc. (hereinafter referred to as the "Reach and Apply Defendants"), asserting joint and several liabilities for contributions (plus penalties, additional damages, and interest thereon) measured by work performed by NV-NE employees to whom NV-NE applied the terms of the Local 2222 collective bargaining agreement, which action is denoted Civil Action No. 04-10559-NMG (the "Litigation"); and

WHEREAS, NV-NE, Local 2222, and Local 103 have reached an agreement that NV-NE shall pay certain damages to its employees based on the terms of the Local 2222 collective bargaining agreement for work performed through June 14, 2005, and that all the terms and conditions of the Local 103 collective bargaining agreement shall be applied to work performed by its employees within the scope of the Local 103 collective bargaining agreement from and after June 15, 2005; and

WHEREAS, the NetVersant Entities and the Funds have determined that it is in the best interests of the NetVersant Entities, the Funds, and the participants in the Funds for the aforementioned Litigation to be resolved;

THEREFORE, the NetVersant Entities and the Fund agree as follows:

1.  Judgment in the amount of $600,000 shall be entered jointly and severally against the NetVersant Entity defendants in the Litigation, representing damages due under the Award, including interest through the date of this Agreement.

2.  Commencing with its May, 2006 remittances to the Funds (for work performed in April, 2006), NV-NE will pay fifty thousand dollars ($50,000) for each of twelve months in

2

addition to the amounts due under the Local 103 collective bargaining agreement, toward satisfaction of the Judgment. Upon receipt of twelve (12) such additional payments, the Funds shall mark the Judgment as satisfied and dismiss the Litigation against the NetVersant Entities, the Individual Defendants, and the Reach and Apply Defendants.

3. The NetVersant Entities, jointly and severally, agree to indemnify each of the Funds against any claim for benefits that may be made by any current or former employee(s) of NV-NE on account of work performed for NV-NE prior to June 15, 2005, to which NV-NE failed to apply the terms of the Local 103 collective bargaining agreement, when and to the extent that the aggregate of such claims (including the expense of defending against such claims, costs, attorneys' fees, and interest) exceeds $600,000. In the event an appeal of a denied claim for benefits is filed with the Funds which, if granted to the claimant and similarly-situated NetVersant employees (of whom the Funds' administrator is aware), would result in benefits with a present value in excess of $600,000, the Fund or Funds receiving such appeal will provide notice to NV-NE and its counsel within 60 days after such appeal is granted or denied. If the appeal is granted by the Trustees (other than through an award by an independent arbitrator), any benefits resulting from such grant shall be exempt from this indemnity. If the appeal is denied by the Trustees and the denial is challenged in a court or arbitration proceeding, the Funds' administrator shall have the right to select defense counsel and direct the defense of the claim denial, but shall consult with the NetVersant Entities under a joint defense arrangement.

4. In consideration of the payments described in Paragraph 2 and the indemnity described in Paragraph 3, the Trustees of the Funds, their affiliates, successors and assigns, hereby release and forever discharge the Individual Defendants, the Reach and Apply Defendants, and the NetVersant Entities, and their officers, partners, employees and/or

shareholders, from all causes of action and any and all claims which were included or could have been included in the Litigation, including any claims for attorneys' fees and costs, other than claims under the indemnity described in Paragraph 3.

5. This Agreement may be executed in several counterparts, each of which shall constitute one and the same instrument.

Signed and sealed for and in behalf of the NetVersant Entities, by a duly authorized officer, and for and in behalf of the Funds, by their duly authorized representative, on the date first recited above.

NETVERSANT-NEW ENGLAND, INC.

By: _____
William L. Fiedler
Secretary

NETVERSANT SOLUTIONS, INC.

By: _____
William L. Fiedler
Senior Vice President

LOCAL 103, I.B.E.W. HEALTH BENEFIT PLAN

ELECTRICAL WORKERS PENSION FUND, LOCAL 103, I.B.E.W.

ELECTRICAL WORKERS DEFERRED INCOME FUND, LOCAL 103, I.B.E.W.

JOINT APPRENTICESHIP AND TRAINING TRUST FUND, LOCAL 103, I.B.E.W.

ELECTRICAL INDUSTRY LABOR-MANAGEMENT COOPERATION TRUST

By: _____
Administrator

4