SETTLEMENT AGREEMENT

This Agreement, made this ___ day of February, 2006, by and among NetVersant-New England, Inc. ("NV-NE"), and NetVersant Solutions, Inc. ("Solutions") (hereinafter referred to in the aggregate as "NetVersant Entities"), the International Brotherhood of Electrical Workers, AFL-CIO-CLC (hereinafter referred to as "IBEW" or "International") and IBEW Local 103, (hereinafter referred to as "Local 103").

WHEREAS, NV-NE was party to a grievance arbitration before a Joint Conference Committee under the terms of a collective bargaining agreement between NV-NE and Local 103, I.B.E.W. ("Local 103"), concerning NV-NE's alleged failure to assign to bargaining unit members work asserted by Local 103 to fall within the jurisdiction of its collective bargaining agreement, resulting in an Award in favor of Local 103 which was affirmed by the U.S. District Court, *JCI Communications, Inc. v. IBEW Local 103*, 2002 WL 2005852, and on appeal in a decision entitled *JCI Communications, Inc. v. I.B.E.W. Local 103*, reported at 324 F.3d 42 (1st Cir. 2003) (hereinafter, the "Award"); and

WHEREAS, the Award ordered NV-NE to "pay damages to Local 103 for assigning bargaining unit work to non bargaining unit members..." and to pay interest on any such contributions; and did not order NV-NE to pay damages to any employees of NV NE; and

WHEREAS, Russell F. Sheehan, as administrator of the Local 103 Funds (herein after "the Funds"), thereupon filed an action in the United States District Court for the District of Massachusetts against the NetVersant Entities, Robert Feldman, William Fiedler, Scott Fordham, and Ronald Hale, Jr. (each of whom is an officer of a NetVersant Entity, and hereinafter referred to as the "Individual Defendants"), and Maiuri Electrical Company, Daisy Electric, Inc., and Partners HealthCare System, Inc. (hereinafter referred to as the "Reach and Apply Defendants"), asserting joint and several liabilities for contributions (plus penalties, additional damages, and

interest thereon) measured by work performed by NV-NE employees to whom NV-NE applied the terms of the Local 2222 collective bargaining agreement, which action is denoted Civil Action No. 04-10559-NMG (the "Litigation"); and

WHEREAS, NV-NE filed a Third Party Complaint against the International, International Vice President Frank Carroll, Local 103 and former Local 103 Business Manager Paul Ward in the Litigation; and

WHEREAS, International Vice President Frank Carroll and former Local 103 Business Manager Paul Ward have each been dismissed from the Litigation; and

WHEREAS, NV-NE and IBEW Local 2222 (hereinafter referred to as Local 2222) have reached an agreement that NV-NE shall pay certain damages to its employees based on the terms of a collective bargaining agreement it entered into with Local 2222 for work performed through June 14, 2005, pursuant to NLRB Case No 1-CA-41713; and

WHEREAS, NV-NE has agreed that all the terms and conditions of the Local 103 collective bargaining agreement shall be applied to work performed by NV-NE employees within the scope of the Local 103 collective bargaining agreement from and after June 15, 2005; and

WHEREAS, the NetVersant Entities, the International and Local 103 have determined that it is in the best interests of the NetVersant Entities, the International and Local 103 for the aforementioned Litigation to be resolved;

THEREFORE, the NetVersant Entities, the International and Local 103 agree as follows:

1.  NetVersant Entities have agreed to settle the Litigation with the Funds as described in the attached Settlement Agreement (Attachment A).

2. NV-NE agrees to dismiss with prejudice its Third Party Complaint in this litigation. The NetVersant Entities agree to release and forever discharge the International, and Local 103, and their officers, agents, employees and members from all causes of action and any and all claims which were included or could have been included in the Litigation, or in litigation described in the second paragraph of this Agreement, including any claims similar to those asserted by NV-NE in its Third Party Complaint, and including any claims for attorneys' fees and costs.

3. The NetVersant Entities, jointly and severally, agree to indemnify the International and Local 103 and their prior and current officers, agents, employees and members against any claim (including, but not limited to, any fees and costs incurred to defend such claim) for wages and benefits that may be made by any current or former employee(s) of NV-NE on account of work performed for NV-NE prior to June 15, 2005, to which NV-NE failed to apply the terms of the Local 103 collective bargaining agreement; provided however, that the indemnification obligation is contingent upon the International and/or Local 103 (or their officers or agents) contesting such claim(s); and provided further that the International and Local 103 shall consult with the NetVersant Entities under a joint defense arrangement.

4. In consideration of the actions described in Paragraph 2 and the indemnity described in Paragraph 3, the International and Local 103 and their successors and assigns, hereby release and forever discharge the Individual Defendants, the Reach and Apply Defendants, and the NetVersant Entities, and their officers, partners, employees and/or shareholders, from all claims arising from the Award as affirmed and from all other causes of action and any and all other claims which were included or could have been included in the Litigation, and the litigation described in the second paragraph of this Agreement, including any

claims for attorneys' fees and costs, other than claims under the indemnity described in Paragraph 3.

5. This Agreement may be executed in several counterparts, each of which shall constitute one and the same instrument.

6. The obligations of the International and Local 103 herein are subject to NetVersant Entities fulfilling all of its obligations as required in the attached Settlement Agreement (Attachment A).

Signed and sealed for and in behalf of the NetVersant Entities, by a duly authorized officer, and for and in behalf of the International and Local 103, by their duly authorized representatives, on the date first recited above.

NETVERSANT-NEW ENGLAND, INC.

By: _(signature)_

Name: William L. Fiedler

Title: Secretary

IBEW LOCAL 103

By: _Michael P. Monahan_

Name: _Michael P. Monahan_

Title: _Business Manager_

NETVERSANT SOLUTIONS, INC.

By: _(signature)_

Name: William L. Fiedler

Title: Senior Vice President

INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL-CIO-CLC

By: _Edwin D Hill_

Name: _Edwin D Hill_

Title: _President_